**FILED**

14 MAR 26 AM 9:00

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 13-2-39949-1 SEA

1

2

3

4

5

6

7    IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

8    FOR KING COUNTY

9    JOCELYN ALLEN; LAWRENCE J. ALLEN;      No. No. 13-2-39949-1 SEA
     VIVIAN LYNN ALLEN; CAREN BARNES;
10   EMERY BLESSING; HORACE BLINER;
     ROBERTA BLINER; JASON BOGART;
11   BRENDA BRAMMER; BRETNEY A.              **PLAINTIFFS' FIRST AMENDED**
     BROWNFIELD; DONALD N. CAMPBELL;        **COMPLAINT FOR DAMAGES**
12   DEBORAH JEAN CETTOLIN; CAROLE
     DENISE COGGIN; ROBERT ALLEN
13   COGGIN; ANGELA COMSTOCK;
     TIMOTHY EUGENE CONNOR;
14   CHRISTINE R. COUNCILMAN; DARYL
     CRAWFORD; SHAWNA CREED-
15   WOOLERY ; ANITA DECKER; DANIEL
     DECKER; KERRI DECKER; SHAWN
16   DECKER; DANIEL ANDREW DOLLOFF;
     JACOB DOLLOFF; TONI RAE DOLLOFF;
17   JEFFREY DOSCH; KARRIE DOSCH;
     ALVINE DRAYTON; PATRICIA ANN
18   DUKE; JUANITA DUPONT; DONALD
     WARREN EDWARDS; TAMMY ELSNER;
19   MICHAEL PATRICK ETHIER; FAY
     FARRINGTON; LARRY D. FORD, SR.;
20   KENNETH MARK FOREMAN; SHERRI
     LEE FOREMAN; MICHAEL GESE; AIMEE
21   GREEN; JOSH GREEN; LEE LYNN
     HARDY; LISA ANN HARDY; BARRY
22   CURTIS HARMON II; NICOLE HARMON;
     DONALD R. HAUPT; KARI LYN
23   HERNANDEZ; RONALD A. HOLT; BRIAN
     JONES; MIKISHA D. JONES;TATIANA
24   JONES; PHYLLIS KAIN; ROBERT
     KENNICOTT; ANDREY KINAKH; TONY
25   KINGSADA; MICHELLE KLUSMEYER;
     SONJA LAPPING; BRITTNEY LYNN
26   LICKEY;  ROBIN LINDY;  WAYNE
     LINDY; ASHLEY LISENBY; PAULLET
27   LITTLEFIELD; DEIDRE LORENZ;
     COURTNEY MACISAAC;  PAUL

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  MALAVOTTE; RANDOLPH
   MALILONG;ANNISSA MANOLOVITZ;
2  LISA MARTIN; MARIE MCASKILL; JILL
   A. MENTZER; JOHN L. MENTZER; VICKI
3  L. MILLS; KAREN MILLSAP; TERRENCE
   MILLSAP; KYLIE MOREFIELD;
4  ELIZABETH MORGAN; TARA MOTT;
   CECILY NEILSEN; ANTHONY B.
5  NOCERA; DIANE C. NOCERA; JESSICA
   PARKER; RICHARD PARKER; PATRICIA
6  PLATTNER; MIKE RAMIREZ; LUDMILLA
   REDKA; BRIAN REITZ; KATHLEEN
7  RISMOEN; MATTHEW MONTGOMERY
   ROBERTS; LURA ELAINE ROBERTSON;
8  JANENE M. ROLLINS; CLAUDE
   ROUGHT; DAN RUDOLPH; DEBORAH A.
9  RYAN; RICHARD R. RYAN; STEVE
   SANBORN; MICHAEL C. SCOTT;
10 DAVEENE KIM SEARS; GERALD L.
   SEARS; DARRON SHOOK; LISA SHOOK;
11 STACIE SIPPO; HAROLD A. SPONBERG;
   PENNY J. SPONBERG; TRENT B.
12 TESTERMAN; BERNADETTE J.
   TRANHOLT; ROBIN L. TRANHOLT;
13 JEFFREY A. TRELKA; KAREN R.
   TRELKA; JESSICA A. VAUGHN;
14 GABRIEL WARREN; MAX WERDEN;
   TINA WERDEN; STACY WILEY;
15 ANTHONY WILLIAMS; CINDA J.
   ZITTERICH; and RICKY L. ZITTERICH;
16
           Plaintiffs,
17
        v.
18
   THE BOEING COMPANY, a Delaware
19 Corporation; BOEING COMMERCIAL
   AIRPLANES; LANDAU ASSOCIATES,
20 INC., a Washington Corporation; and DOES
   1-50, inclusive;
21
22         Defendants.
23

24     Plaintiffs JOCELYN ALLEN; LAWRENCE J. ALLEN; VIVIAN LYNN ALLEN;

25 CAREN BARNES; EMERY BLESSING; HORACE BLINER; ROBERTA BLINER;

26 JASON BOGART; BRENDA BRAMMER; BRETNEY A. BROWNFIELD; DONALD

27 N. CAMPBELL; DEBORAH JEAN CETTOLIN; CAROLE DENISE COGGIN;

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1   ROBERT ALLEN COGGIN; ANGELA COMSTOCK; TIMOTHY EUGENE CONNOR;

2   CHRISTINE R. COUNCILMAN; DARYL CRAWFORD; SHAWNA CREED-

3   WOOLERY; ANITA DECKER; DANIEL DECKER; KERRI DECKER; SHAWN

4   DECKER; DANIEL ANDREW DOLLOFF; JACOB DOLLOFF; TONI RAE DOLLOFF;

5   JEFFREY DOSCH; KARRIE DOSCH; ALVINE DRAYTON; PATRICIA ANN DUKE;

6   JUANITA DUPONT; DONALD WARREN EDWARDS; TAMMY ELSNER; MICHAEL

7   PATRICK ETHIER; FAY FARRINGTON; LARRY D. FORD, SR.; KENNETH MARK

8   FOREMAN; SHERRI LEE FOREMAN; MICHAEL GESE; AIMEE GREEN; JOSH

9   GREEN; LEE LYNN HARDY; LISA ANN HARDY; BARRY CURTIS HARMON II;

10   NICOLE HARMON; DONALD R. HAUPT; KARI LYN HERNANDEZ; RONALD A.

11   HOLT; BRIAN JONES; MIKISHA D. JONES; TATIANA JONES; PHYLLIS KAIN;

12   ROBERT KENNICOTT; ANDREY KINAKH; TONY KINGSADA; MICHELLE

13   KLUSMEYER; SONJA LAPPING; BRITTNEY LYNN LICKEY; ROBIN LINDY;

14   WAYNE LINDY; ASHLEY LISENBY; PAULLET LITTLEFIELD; DEIDRE LORENZ;

15   PAUL MALAVOTTE; RANDOLPH MALILONG; ANNISSA MANOLOVITZ; LISA

16   MARTIN; MARIE MCASKILL; COURTNEY MACISSAC; JILL A. MENTZER; JOHN

17   L. MENTZER; VICKI L. MILLS; KAREN MILLSAP; TERRENCE MILLSAP; KYLIE

18   MOREFIELD; ELIZABETH MORGAN; TARA MOTT; CECILY NEILSEN;

19   ANTHONY B. NOCERA; DIANE C. NOCERA; JESSICA PARKER; RICHARD

20   PARKER; PATRICIA PLATTNER; MIKE RAMIREZ; LUDMILLA REDKA; BRIAN

21   REITZ; KATHLEEN RISMOEN; MATTHEW MONTGOMERY ROBERTS; LURA

22   ELAINE ROBERTSON; JANENE M. ROLLINS; CLAUDE ROUGHT; DAN

23   RUDOLPH; DEBORAH A. RYAN; RICHARD R. RYAN; STEVE SANBORN;

24   MICHAEL C. SCOTT; DAVEENE KIM SEARS; GERALD L. SEARS; DARRON

25   SHOOK; LISA SHOOK; STACIE SIPPO; HAROLD A. SPONBERG; PENNY J.

26   SPONBERG; TRENT B. TESTERMAN; BERNADETTE J. TRANHOLT; ROBIN L.

27   TRANHOLT; JEFFREY A. TRELKA; KAREN R. TRELKA; JESSICA A. VAUGHN;

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  GABRIEL WARREN; MAX WERDEN; TINA WERDEN; STACY WILEY; ANTHONY

2  WILLIAMS, CINDA J. ZITTERICH; and RICKY L. ZITTERICH by and through their

3  attorneys: Girardi | Keese; Pfau, Cochran, Vertetis, Amala; and Vititoe Law Group, allege

4  as follows:

5  ## I.    **PLAINTIFFS**

6      1.1    Plaintiffs are residents and property owners in King County, Washington.

7  Plaintiffs own and/or reside in properties affected by Defendants' hazardous substances.

8      1.2    Plaintiff JOCELYN ALLEN is an owner and/or resident of the property

9  located at 326 11th Ave. N, Algona, Washington.  Plaintiff JOCELYN ALLEN has

10  suffered foreseeable injury and damage as a proximate result of Defendants The Boeing

11  Company, Inc., Boeing Commercial Airplanes, Landau Associates, Inc., and Does 1-50

12  (hereafter collectively referred to as "DEFENDANTS") actions and failures to act in that

13  her property has been damaged, trespassed upon, her property rights have been violated,

14  the value of her home has been adversely affected, and she has been exposed to toxic

15  chemicals.  Plaintiff JOCELYN ALLEN brings suit against each DEFENDANT named

16  herein for each cause of action listed herein and seeks general and economic damages

17  directly and foreseeably resulting from DEFENDANTS' actions, consequential damages,

18  and attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

19      1.3    Plaintiff LAWRENCE J. ALLEN is an owner and/or resident of the property

20  located at 35 1st Ave. N., Algona, Washington.  Plaintiff LAWRENCE J. ALLEN has

21  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

22  and failures to act in that his property has been damaged, trespassed upon, his property

23  rights have been violated, the value of his home has been adversely affected, and he has

24  been exposed to toxic chemicals.  Plaintiff LAWRENCE J. ALLEN brings suit against

25  each DEFENDANT named herein for each cause of action listed herein and seeks general

26  and economic damages directly and foreseeably resulting from DEFENDANTS' actions,

27  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  amount to be proved at trial.

2      1.4    Plaintiff VIVIAN LYNN ALLEN is an owner and/or resident of the property

3  located at 35 1st Ave. N., Algona, Washington. Plaintiff VIVIAN LYNN ALLEN has

4  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

5  and failures to act in that her property has been damaged, trespassed upon, her property

6  rights have been violated, the value of her home has been adversely affected, and she has

7  been exposed to toxic chemicals. Plaintiff VIVIAN LYNN ALLEN brings suit against

8  each DEFENDANT named herein for each cause of action listed herein and seeks general

9  and economic damages directly and foreseeably resulting from DEFENDANTS' actions,

10  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

11  amount to be proved at trial.

12      1.5.    Plaintiff CAREN BARNES is an owner and/or resident of the property

13  located at 216 Butte Ave., Pacific, Washington. Plaintiff CAREN BARNES has suffered

14  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

15  failures to act in that her property has been damaged, trespassed upon, her property rights

16  have been violated, the value of her home has been adversely affected, and she has been

17  exposed to toxic chemicals. Plaintiff CAREN BARNES brings suit against each

18  DEFENDANT named herein for each cause of action listed herein and seeks general and

19  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

20  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

21  amount to be proved at trial.

22      1.6    Plaintiff EMERY BLESSING is an owner and/or resident of the property

23  located at 330 11th Ave. N., Algona, Washington. Plaintiff EMERY BLESSING has

24  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

25  and failures to act in that his property has been damaged, trespassed upon, his property

26  rights have been violated, the value of his home has been adversely affected, and he has

27  been exposed to toxic chemicals. Plaintiff EMERY BLESSING brings suit against each

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  DEFENDANT named herein for each cause of action listed herein and seeks general and

2  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

3  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

4  amount to be proved at trial.

5      1.7    Plaintiff HORACE BLINER is an owner and/or resident of the property

6  located at 1031 Algona Blvd. N., Algona, Washington. Plaintiff HORACE BLINER has

7  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

8  and failures to act in that his property has been damaged, trespassed upon, his property

9  rights have been violated, the value of his home has been adversely affected, and he has

10  been exposed to toxic chemicals. Plaintiff HORACE BLINER brings suit against each

11  DEFENDANT named herein for each cause of action listed herein and seeks general and

12  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

13  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

14  amount to be proved at trial.

15      1.8    Plaintiff ROBERTA BLINER is an owner and/or resident of the property

16  located at 1031 Algona Blvd. N., Algona, Washington. Plaintiff ROBERTA BLINER has

17  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

18  and failures to act in that her property has been damaged, trespassed upon, her property

19  rights have been violated, the value of her home has been adversely affected, and she has

20  been exposed to toxic chemicals. Plaintiff ROBERTA BLINER brings suit against each

21  DEFENDANT named herein for each cause of action listed herein and seeks general and

22  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

23  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

24  amount to be proved at trial.

25      1.9    Plaintiff JASON BOGART is an owner and/or resident of the property

26  located at 37 1st Ave. N., Algona, Washington. Plaintiff JASON BOGART has suffered

27  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  failures to act in that his property has been damaged, trespassed upon, his property rights

2  have been violated, the value of his home has been adversely affected, and he has been

3  exposed to toxic chemicals.  Plaintiff JASON BOGART brings suit against each

4  DEFENDANT named herein for each cause of action listed herein and seeks general and

5  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

6  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

7  amount to be proved at trial.

8        1.10  Plaintiff BRENDA BRAMMER  is an owner and/or resident of the

9  property located at 1009 Celery Ave., Algona, Washington.  Plaintiff BRENDA

10  BRAMMER has suffered foreseeable injury and damage as a proximate result of

11  DEFENDANTS' actions and failures to act in that her property has been damaged,

12  trespassed upon, her property rights have been violated, the value of her home has been

13  adversely affected, and she has been exposed to toxic chemicals.  Plaintiff BRENDA

14  BRAMMER brings suit against each DEFENDANT named herein for each cause of action

15  listed herein and seeks general and economic damages directly and foreseeably resulting

16  from DEFENDANTS' actions, consequential damages, and attorneys' fees and expenses

17  as allowed by law, and in an amount to be proved at trial.

18        1.11  Plaintiff BRETNEY A. BROWNFIELD is an owner and/or resident of the

19  property located at 202 11th Ave. N, Algona, Washington.  Plaintiff BRETNEY A.

20  BROWNFIELD has suffered foreseeable injury and damage as a proximate result of

21  DEFENDANTS' actions and failures to act in that her property has been damaged,

22  trespassed upon, her property rights have been violated, the value of her home has been

23  adversely affected, and she has been exposed to toxic chemicals.  Plaintiff BRETNEY A.

24  BROWNFIELD brings suit against each DEFENDANT named herein for each cause of

25  action listed herein and seeks general and economic damages directly and foreseeably

26  resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

27  expenses as allowed by law, and in an amount to be proved at trial.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1    1.12    Plaintiff DONALD N. CAMPBELL is an owner and/or resident of the

2    property located at 46 4th Ave. N., Algona, Washington. Plaintiff DONALD N.

3    CAMPBELL has suffered foreseeable injury and damage as a proximate result of

4    DEFENDANTS' actions and failures to act in that his property has been damaged,

5    trespassed upon, his property rights have been violated, the value of his home has been

6    adversely affected, and he has been exposed to toxic chemicals. Plaintiff DONALD N.

7    CAMPBELL brings suit against each DEFENDANT named herein for each cause of

8    action listed herein and seeks general and economic damages directly and foreseeably

9    resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

10    expenses as allowed by law, and in an amount to be proved at trial.

11    1.13    Plaintiff DEBORAH JEAN CETTOLIN is an owner and/or resident of the

12    property located at 217 8th Ave. N, Algona Washington. Plaintiff DEBORAH JEAN

13    CETTOLIN has suffered foreseeable injury and damage as a proximate result of

14    DEFENDANTS' actions and failures to act in that her property has been damaged,

15    trespassed upon, her property rights have been violated, the value of her home has been

16    adversely affected, and she has been exposed to toxic chemicals. Plaintiff DEBORAH

17    JEAN CETTOLIN brings suit against each DEFENDANT named herein for each cause of

18    action listed herein and seeks general and economic damages directly and foreseeably

19    resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

20    expenses as allowed by law, and in an amount to be proved at trial.

21    1.14    Plaintiff CAROLE DENISE COGGIN is an owner and/or resident of the

22    property located at 110 6th Ave. N., Algona, Washington. Plaintiff CAROLE DENISE

23    COGGIN has suffered foreseeable injury and damage as a proximate result of

24    DEFENDANTS' actions and failures to act in that her property has been damaged,

25    trespassed upon, her property rights have been violated, the value of her home has been

26    adversely affected, and she has been exposed to toxic chemicals. Plaintiff CAROLE

27    DENISE COGGIN brings suit against each DEFENDANT named herein for each cause of

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1   action listed herein and seeks general and economic damages directly and foreseeably

2   resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

3   expenses as allowed by law, and in an amount to be proved at trial.

4        1.15   Plaintiff ROBERT ALLEN COGGIN is an owner and/or resident of the

5   property located at 110 6th Ave. N., Algona, Washington.  Plaintiff ROBERT ALLEN

6   COGGIN has suffered foreseeable injury and damage as a proximate result of

7   DEFENDANTS' actions and failures to act in that his property has been damaged,

8   trespassed upon, his property rights have been violated, the value of his home has been

9   adversely affected, and he has been exposed to toxic chemicals.  Plaintiff ROBERT

10  ALLEN COGGIN brings suit against each DEFENDANT named herein for each cause of

11  action listed herein and seeks general and economic damages directly and foreseeably

12  resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

13  expenses as allowed by law, and in an amount to be proved at trial.

14       1.16   Plaintiff ANGELA COMSTOCK is an owner and/or resident of the

15  property located at 27 2nd Ave N., Algona, Washington.  Plaintiff ANGELA COMSTOCK

16  has suffered foreseeable injury and damage as a proximate result of DEFENDANTS'

17  actions and failures to act in that her property has been damaged, trespassed upon, her

18  property rights have been violated, the value of her home has been adversely affected, and

19  she has been exposed to toxic chemicals.  Plaintiff ANGELA COMSTOCK brings suit

20  against each DEFENDANT named herein for each cause of action listed herein and seeks

21  general and economic damages directly and foreseeably resulting from DEFENDANTS'

22  actions, consequential damages, and attorneys' fees and expenses as allowed by law, and

23  in an amount to be proved at trial.

24       1.17   Plaintiff TIMOTHY EUGENE CONNOR is an owner and/or resident of

25  the property located at 208 Algona Blvd. N., Algona, Washington.  Plaintiff TIMOTHY

26  EUGENE CONNOR has suffered foreseeable injury and damage as a proximate result of

27  DEFENDANTS' actions and failures to act in that his property has been damaged,

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

9

1   trespassed upon, his property rights have been violated, the value of his home has been
2   adversely affected, and he has been exposed to toxic chemicals. Plaintiff TIMOTHY
3   EUGENE CONNOR brings suit against each DEFENDANT named herein for each cause
4   of action listed herein and seeks general and economic damages directly and foreseeably
5   resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and
6   expenses as allowed by law, and in an amount to be proved at trial.

7       1.18   Plaintiff CHRISTINE R. COUNCILMAN is an owner and/or resident of
8   the property located at 220 11th Ave. N, Algona, Washington. Plaintiff CHRISTINE R.
9   COUNCILMAN has suffered foreseeable injury and damage as a proximate result of
10  DEFENDANTS' actions and failures to act in that her property has been damaged,
11  trespassed upon, her property rights have been violated, the value of her home has been
12  adversely affected, and she has been exposed to toxic chemicals. Plaintiff CHRISTINE R.
13  COUNCILMAN brings suit against each DEFENDANT named herein for each cause of
14  action listed herein and seeks general and economic damages directly and foreseeably
15  resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and
16  expenses as allowed by law, and in an amount to be proved at trial.

17      1.19   Plaintiff DARYL CRAWFORD is an owner and/or resident of the property
18  located at 303 10th Ave. N, Algona, Washington. Plaintiff DARYL CRAWFORD has
19  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
20  and failures to act in that his property has been damaged, trespassed upon, his property
21  rights have been violated, the value of his home has been adversely affected, and he has
22  been exposed to toxic chemicals. Plaintiff DARYL CRAWFORD brings suit against each
23  DEFENDANT named herein for each cause of action listed herein and seeks general and
24  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
25  consequential damages, and attorneys' fees and expenses as allowed by law, and in an
26  amount to be proved at trial.

27      1.20   Plaintiff SHAWNA CREED-WOOLERY is an owner and/or resident of the

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1   property located at 124 5th Ave. N., Algona, Washington. Plaintiff SHAWNA CREED-

2   WOOLERY has suffered foreseeable injury and damage as a proximate result of

3   DEFENDANTS' actions and failures to act in that her property has been damaged,

4   trespassed upon, her property rights have been violated, the value of her home has been

5   adversely affected, and she has been exposed to toxic chemicals. Plaintiff SHAWNA

6   CREED-WOOLERY brings suit against each DEFENDANT named herein for each cause

7   of action listed herein and seeks general and economic damages directly and foreseeably

8   resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

9   expenses as allowed by law, and in an amount to be proved at trial.

10       1.21   Plaintiff ANITA DECKER is an owner and/or resident of the property

11   located at 309 Broadway Blvd., Algona, Washington. Plaintiff ANITA DECKER has

12   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

13   and failures to act in that her property has been damaged, trespassed upon, her property

14   rights have been violated, the value of her home has been adversely affected, and she has

15   been exposed to toxic chemicals. Plaintiff ANITA DECKER brings suit against each

16   DEFENDANT named herein for each cause of action listed herein and seeks general and

17   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

18   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

19   amount to be proved at trial.

20       1.22   Plaintiff DANIEL DECKER is an owner and/or resident of the property

21   located at 309 Broadway Blvd., Algona, Washington. Plaintiff DANIEL DECKER has

22   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

23   and failures to act in that his property has been damaged, trespassed upon, his property

24   rights have been violated, the value of his home has been adversely affected, and he has

25   been exposed to toxic chemicals. Plaintiff DANIEL DECKER brings suit against each

26   DEFENDANT named herein for each cause of action listed herein and seeks general and

27   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  consequential damages, and attorneys' fees and expenses as allowed by law, and in an
2  amount to be proved at trial.

3      1.23  Plaintiff KERRI DECKER is an owner and/or resident of the property
4  located at 205 8th Ave. N., Algona, Washington. Plaintiff KERRI DECKER has suffered
5  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and
6  failures to act in that her property has been damaged, trespassed upon, her property rights
7  have been violated, the value of her home has been adversely affected, and she has been
8  exposed to toxic chemicals. Plaintiff KERRI DECKER brings suit against each
9  DEFENDANT named herein for each cause of action listed herein and seeks general and
10  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
11  consequential damages, and attorneys' fees and expenses as allowed by law, and in an
12  amount to be proved at trial.

13      1.24  Plaintiff SHAWN DECKER is an owner and/or resident of the property
14  located at 205 8th Ave. N., Algona, Washington. Plaintiff SHAWN DECKER has suffered
15  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and
16  failures to act in that his property has been damaged, trespassed upon, his property rights
17  have been violated, the value of his home has been adversely affected, and he has been
18  exposed to toxic chemicals. Plaintiff SHAWN DECKER brings suit against each
19  DEFENDANT named herein for each cause of action listed herein and seeks general and
20  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
21  consequential damages, and attorneys' fees and expenses as allowed by law, and in an
22  amount to be proved at trial.

23      1.25  Plaintiff DANIEL ANDREW DOLLOFF is an owner and/or resident of the
24  property located at 318 Junction Blvd., Algona, Washington. Plaintiff DANIEL
25  ANDREW DOLLOFF has suffered foreseeable injury and damage as a proximate result of
26  DEFENDANTS' actions and failures to act in that his property has been damaged,
27  trespassed upon, his property rights have been violated, the value of his home has been

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

12

1   adversely affected, and he has been exposed to toxic chemicals. Plaintiff DANIEL
2   ANDREW DOLLOFF brings suit against each DEFENDANT named herein for each
3   cause of action listed herein and seeks general and economic damages directly and
4   foreseeably resulting from DEFENDANTS' actions, consequential damages, and
5   attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

6       1.26   Plaintiff JACOB DOLLOFF is an owner and/or resident of the property
7   located at 318 Junction Blvd., Algona, Washington. Plaintiff JACOB DOLLOFF has
8   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
9   and failures to act in that his property has been damaged, trespassed upon, his property
10   rights have been violated, the value of his home has been adversely affected, and he has
11   been exposed to toxic chemicals. Plaintiff JACOB DOLLOFF brings suit against each
12   DEFENDANT named herein for each cause of action listed herein and seeks general and
13   economic damages directly and foreseeably resulting from DEFENDANTS' actions,
14   consequential damages, and attorneys' fees and expenses as allowed by law, and in an
15   amount to be proved at trial.

16       1.27   Plaintiff TONI RAE DOLLOFF is an owner and/or resident of the property
17   located at 38 Junction Blvd., Algona, Washington. Plaintiff TONI RAE DOLLOFF has
18   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
19   and failures to act in that her property has been damaged, trespassed upon, her property
20   rights have been violated, the value of her home has been adversely affected, and she has
21   been exposed to toxic chemicals. Plaintiff TONI RAE DOLLOFF brings suit against each
22   DEFENDANT named herein for each cause of action listed herein and seeks general and
23   economic damages directly and foreseeably resulting from DEFENDANTS' actions,
24   consequential damages, and attorneys' fees and expenses as allowed by law, and in an
25   amount to be proved at trial.

26       1.28   Plaintiff JEFFREY DOSCH is an owner and/or resident of the property
27   located at 0214 Main Street, Algona, Washington. Plaintiff JEFFREY DOSCH has

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
2  and failures to act in that his property has been damaged, trespassed upon, his property
3  rights have been violated, the value of his home has been adversely affected, and he has
4  been exposed to toxic chemicals.  Plaintiff JEFFREY DOSCH brings suit against each
5  DEFENDANT named herein for each cause of action listed herein and seeks general and
6  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
7  consequential damages, and attorneys' fees and expenses as allowed by law, and in an
8  amount to be proved at trial.

9      1.29  Plaintiff KARRIE DOSCH is an owner and/or resident of the property
10  located at 0214 Main Street, Algona, Washington.  Plaintiff KARRIE DOSCH has
11  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
12  and failures to act in that her property has been damaged, trespassed upon, her property
13  rights have been violated, the value of her home has been adversely affected, and she has
14  been exposed to toxic chemicals.  Plaintiff KARRIE DOSCH brings suit against each
15  DEFENDANT named herein for each cause of action listed herein and seeks general and
16  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
17  consequential damages, and attorneys' fees and expenses as allowed by law, and in an
18  amount to be proved at trial.

19      1.30  Plaintiff ALVINE DRAYTON is an owner and/or resident of the property
20  located at 328 11th Ave. N, Algona, Washington.  Plaintiff ALVINE DRAYTON has
21  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
22  and failures to act in that her property has been damaged, trespassed upon, her property
23  rights have been violated, the value of her home has been adversely affected, and she has
24  been exposed to toxic chemicals.  Plaintiff ALVINE DRAYTON brings suit against each
25  DEFENDANT named herein for each cause of action listed herein and seeks general and
26  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
27  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  amount to be proved at trial.

2      1.31   Plaintiff PATRICIA ANN DUKE is an owner and/or resident of the

3  property located at 103 2nd Ave. So., Algona, Washington.  Plaintiff PATRICIA ANN

4  DUKE has suffered foreseeable injury and damage as a proximate result of

5  DEFENDANTS' actions and failures to act in that her property has been damaged,

6  trespassed upon, her property rights have been violated, the value of her home has been

7  adversely affected, and she has been exposed to toxic chemicals.  Plaintiff PATRICIA

8  ANN DUKE brings suit against each DEFENDANT named herein for each cause of action

9  listed herein and seeks general and economic damages directly and foreseeably resulting

10 from DEFENDANTS' actions, consequential damages, and attorneys' fees and expenses

11 as allowed by law, and in an amount to be proved at trial.

12     1.32   Plaintiff JUANITA DUPONT is an owner and/or resident of the property

13 located at 106 6th Ave. N., Algona, Washington.  Plaintiff JUANITA DUPONT has

14 suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

15 and failures to act in that her property has been damaged, trespassed upon, her property

16 rights have been violated, the value of her home has been adversely affected, and she has

17 been exposed to toxic chemicals.  Plaintiff JUANITA DUPONT brings suit against each

18 DEFENDANT named herein for each cause of action listed herein and seeks general and

19 economic damages directly and foreseeably resulting from DEFENDANTS' actions,

20 consequential damages, and attorneys' fees and expenses as allowed by law, and in an

21 amount to be proved at trial.

22     1.33   Plaintiff DONALD WARREN EDWARDS is an owner and/or resident of

23 the property located at 810 Celery Ave., Algona, Washington.  Plaintiff DONALD

24 WARREN EDWARDS has suffered foreseeable injury and damage as a proximate result

25 of DEFENDANTS' actions and failures to act in that his property has been damaged,

26 trespassed upon, his property rights have been violated, the value of his home has been

27 adversely affected, and he has been exposed to toxic chemicals.  Plaintiff DONALD

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1   WARREN EDWARDS brings suit against each DEFENDANT named herein for each
2   cause of action listed herein and seeks general and economic damages directly and
3   foreseeably resulting from DEFENDANTS' actions, consequential damages, and
4   attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

5       1.34   Plaintiff TAMMY ELSNER is an owner and/or resident of the property
6   located at 306 11th Ave. N., Algona, Washington. Plaintiff TAMMY ELSNER has
7   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
8   and failures to act in that her property has been damaged, trespassed upon, her property
9   rights have been violated, the value of her home has been adversely affected, and she has
10  been exposed to toxic chemicals. Plaintiff TAMMY ELSNER brings suit against each
11  DEFENDANT named herein for each cause of action listed herein and seeks general and
12  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
13  consequential damages, and attorneys' fees and expenses as allowed by law, and in an
14  amount to be proved at trial.

15      1.35   Plaintiff MICHAEL PATRICK ETHIER is an owner and/or resident of the
16  property located at 105 Algona Blvd. N., Algona, Washington. Plaintiff MICHAEL
17  PATRICK ETHIER has suffered foreseeable injury and damage as a proximate result of
18  DEFENDANTS' actions and failures to act in that his property has been damaged,
19  trespassed upon, his property rights have been violated, the value of his home has been
20  adversely affected, and he has been exposed to toxic chemicals. Plaintiff MICHAEL
21  PATRICK ETHIER brings suit against each DEFENDANT named herein for each cause
22  of action listed herein and seeks general and economic damages directly and foreseeably
23  resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and
24  expenses as allowed by law, and in an amount to be proved at trial.

25      1.36   Plaintiff FAY FARRINGTON is an owner and/or resident of the property
26  located at 240 11th Ave. N., Algona, Washington. Plaintiff FAY FARRINGTON has
27  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1   and failures to act in that her property has been damaged, trespassed upon, her property

2   rights have been violated, the value of her home has been adversely affected, and she has

3   been exposed to toxic chemicals.  Plaintiff FAY FARRINGTON brings suit against each

4   DEFENDANT named herein for each cause of action listed herein and seeks general and

5   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

6   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

7   amount to be proved at trial.

8        1.37    Plaintiff LARRY D. FORD SR. is an owner and/or resident of the property

9   located at 206 11th Ave. N., Algona, Washington.  Plaintiff LARRY D. FORD, SR. has

10  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

11  and failures to act in that his property has been damaged, trespassed upon, his property

12  rights have been violated, the value of his home has been adversely affected, and he has

13  been exposed to toxic chemicals.  Plaintiff LARRY D. FORD, SR. brings suit against each

14  DEFENDANT named herein for each cause of action listed herein and seeks general and

15  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

16  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

17  amount to be proved at trial.

18       1.38 Plaintiff KENNETH MARK FOREMAN is an owner and/or resident of the

19  property located at 219 10th Ave. N., Algona, Washington.  Plaintiff KENNETH MARK

20  FOREMAN has suffered foreseeable injury and damage as a proximate result of

21  DEFENDANTS' actions and failures to act in that his property has been damaged,

22  trespassed upon, his property rights have been violated, the value of his home has been

23  adversely affected, and he has been exposed to toxic chemicals.  Plaintiff KENNETH

24  MARK FOREMAN brings suit against each DEFENDANT named herein for each cause

25  of action listed herein and seeks general and economic damages directly and foreseeably

26  resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

27  expenses as allowed by law, and in an amount to be proved at trial.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1       1.39   Plaintiff SHERRI LEE FOREMAN is an owner and/or resident of the

2   property located at 219 10th Ave. N., Algona, Washington. Plaintiff SHERRI LEE

3   FOREMAN has suffered foreseeable injury and damage as a proximate result of

4   DEFENDANTS' actions and failures to act in that her property has been damaged,

5   trespassed upon, her property rights have been violated, the value of her home has been

6   adversely affected, and she has been exposed to toxic chemicals. Plaintiff SHERRI LEE

7   FOREMAN brings suit against each DEFENDANT named herein for each cause of action

8   listed herein and seeks general and economic damages directly and foreseeably resulting

9   from DEFENDANTS' actions, consequential damages, and attorneys' fees and expenses

10  as allowed by law, and in an amount to be proved at trial.

11      1.40   Plaintiff MICHAEL GESE is an owner and/or resident of the property

12  located at 105 9th Ave. N., Algona, Washington. Plaintiff MICHAEL GESE has suffered

13  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

14  failures to act in that his property has been damaged, trespassed upon, his property rights

15  have been violated, the value of his home has been adversely affected, and he has been

16  exposed to toxic chemicals. Plaintiff MICHAEL GESE brings suit against each

17  DEFENDANT named herein for each cause of action listed herein and seeks general and

18  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

19  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

20  amount to be proved at trial.

21      1.41   Plaintiff AIMEE GREEN is an owner and/or resident of the property

22  located at 303 10th Ave. N., Algona, Washington. Plaintiff AIMEE GREEN has suffered

23  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

24  failures to act in that her property has been damaged, trespassed upon, her property rights

25  have been violated, the value of her home has been adversely affected, and she has been

26  exposed to toxic chemicals. Plaintiff AIMEE GREEN brings suit against each

27  DEFENDANT named herein for each cause of action listed herein and seeks general and

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

18

1   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

2   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

3   amount to be proved at trial.

4       1.42    Plaintiff JOSH GREEN is an owner and/or resident of the property located at

5   303 10th Ave. N., Algona, Washington. Plaintiff JOSH GREEN has suffered foreseeable

6   injury and damage as a proximate result of DEFENDANTS' actions and failures to act in

7   that his property has been damaged, trespassed upon, his property rights have been

8   violated, the value of his home has been adversely affected, and he has been exposed to

9   toxic chemicals. Plaintiff JOSH GREEN brings suit against each DEFENDANT named

10  herein for each cause of action listed herein and seeks general and economic damages

11  directly and foreseeably resulting from DEFENDANTS' actions, consequential damages,

12  and attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

13      1.43    Plaintiff LEE LYNN HARDY is an owner and/or resident of the property

14  located at 40 2nd Ave. N., Algona, Washington. Plaintiff LEE LYNN HARDY has

15  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

16  and failures to act in that his property has been damaged, trespassed upon, his property

17  rights have been violated, the value of his home has been adversely affected, and he has

18  been exposed to toxic chemicals. Plaintiff LEE LYNN HARDY brings suit against each

19  DEFENDANT named herein for each cause of action listed herein and seeks general and

20  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

21  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

22  amount to be proved at trial.

23      1.44    Plaintiff LISA ANN HARDY is an owner and/or resident of the property

24  located at 40 2nd Ave. N., Algona, Washington. Plaintiff LISA ANN HARDY has

25  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

26  and failures to act in that her property has been damaged, trespassed upon, her property

27  rights have been violated, the value of her home has been adversely affected, and she has

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1    been exposed to toxic chemicals.  Plaintiff LISA ANN HARDY brings suit against each

2    DEFENDANT named herein for each cause of action listed herein and seeks general and

3    economic damages directly and foreseeably resulting from DEFENDANTS' actions,

4    consequential damages, and attorneys' fees and expenses as allowed by law, and in an

5    amount to be proved at trial.

6         1.45    Plaintiff BARRY CURTIS HARMON II is an owner and/or resident of the

7    property located at 1028 Algona Blvd. N., Algona, Washington.  Plaintiff BARRY

8    CURTIS HARMON II has suffered foreseeable injury and damage as a proximate result of

9    DEFENDANTS' actions and failures to act in that his property has been damaged,

10   trespassed upon, his property rights have been violated, the value of his home has been

11   adversely affected, and he has been exposed to toxic chemicals.  Plaintiff BARRY

12   CURTIS HARMON II brings suit against each DEFENDANT named herein for each

13   cause of action listed herein and seeks general and economic damages directly and

14   foreseeably resulting from DEFENDANTS' actions, consequential damages, and

15   attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

16        1.46    Plaintiff NICOLE HARMON is an owner and/or resident of the property

17   located at 1028 Algona Blvd. N., Algona, Washington.  Plaintiff NICOLE HARMON has

18   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

19   and failures to act in that her property has been damaged, trespassed upon, her property

20   rights have been violated, the value of her home has been adversely affected, and she has

21   been exposed to toxic chemicals.  Plaintiff NICOLE HARMON brings suit against each

22   DEFENDANT named herein for each cause of action listed herein and seeks general and

23   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

24   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

25   amount to be proved at trial.

26        1.47    Plaintiff DONALD R. HAUPT is an owner and/or resident of the property

27   located at 302 3rd Ave. So., Algona, Washington.  Plaintiff DONALD R. HAUPT has

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
2  and failures to act in that his property has been damaged, trespassed upon, his property
3  rights have been violated, the value of his home has been adversely affected, and he has
4  been exposed to toxic chemicals. Plaintiff DONALD R. HAUPT brings suit against each
5  DEFENDANT named herein for each cause of action listed herein and seeks general and
6  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
7  consequential damages, and attorneys' fees and expenses as allowed by law, and in an
8  amount to be proved at trial.

9      1.48    Plaintiff KARI LYN HERNANDEZ is an owner and/or resident of the
10  property located at 314 Junction Blvd., Algona, Washington. Plaintiff KARI LYN
11  HERNANDEZ has suffered foreseeable injury and damage as a proximate result of
12  DEFENDANTS' actions and failures to act in that her property has been damaged,
13  trespassed upon, her property rights have been violated, the value of her home has been
14  adversely affected, and she has been exposed to toxic chemicals. Plaintiff KARI LYN
15  HERNANDEZ brings suit against each DEFENDANT named herein for each cause of
16  action listed herein and seeks general and economic damages directly and foreseeably
17  resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and
18  expenses as allowed by law, and in an amount to be proved at trial.

19      1.49    Plaintiff RONALD A. HOLT is an owner and/or resident of the property
20  located at 229 5th Ave. N., Algona, Washington. Plaintiff RONALD A. HOLT has
21  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
22  and failures to act in that his property has been damaged, trespassed upon, his property
23  rights have been violated, the value of his home has been adversely affected, and he has
24  been exposed to toxic chemicals. Plaintiff RONALD A. HOLT brings suit against each
25  DEFENDANT named herein for each cause of action listed herein and seeks general and
26  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
27  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

21

1  amount to be proved at trial.

2       1.50   Plaintiff BRIAN JONES is an owner and/or resident of the property located
3  at 208 9th Ave. N., Algona, Washington. Plaintiff BRIAN JONES has suffered
4  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and
5  failures to act in that his property has been damaged, trespassed upon, his property rights
6  have been violated, the value of his home has been adversely affected, and he has been
7  exposed to toxic chemicals. Plaintiff BRIAN JONES brings suit against each
8  DEFENDANT named herein for each cause of action listed herein and seeks general and
9  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
10 consequential damages, and attorneys' fees and expenses as allowed by law, and in an
11 amount to be proved at trial.

12      1.51   Plaintiff MIKISHA D. JONES is an owner and/or resident of the property
13 located at 131 Tacoma Blvd., Algona, Washington. Plaintiff MIKISHA D. JONES has
14 suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
15 and failures to act in that her property has been damaged, trespassed upon, her property
16 rights have been violated, the value of her home has been adversely affected, and she has
17 been exposed to toxic chemicals. Plaintiff MIKISHA D. JONES brings suit against each
18 DEFENDANT named herein for each cause of action listed herein and seeks general and
19 economic damages directly and foreseeably resulting from DEFENDANTS' actions,
20 consequential damages, and attorneys' fees and expenses as allowed by law, and in an
21 amount to be proved at trial.

22      1.52   Plaintiff TATIANA JONES is an owner and/or resident of the property
23 located at 208 9th Ave. N, Algona, Washington. Plaintiff TATIANA JONES has suffered
24 foreseeable injury and damage as a proximate result of DEFENDANTS' actions and
25 failures to act in that her property has been damaged, trespassed upon, her property rights
26 have been violated, the value of her home has been adversely affected, and she has been
27 exposed to toxic chemicals. Plaintiff TATIANA JONES brings suit against each

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1    DEFENDANT named herein for each cause of action listed herein and seeks general and

2    economic damages directly and foreseeably resulting from DEFENDANTS' actions,

3    consequential damages, and attorneys' fees and expenses as allowed by law, and in an

4    amount to be proved at trial.

5        1.53  Plaintiff PHYLLIS KAIN is an owner and/or resident of the property located

6    at 131 Tacoma Blvd., Algona, Washington.  Plaintiff PHYLLIS KAIN has suffered

7    foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

8    failures to act in that her property has been damaged, trespassed upon, her property rights

9    have been violated, the value of her home has been adversely affected, and she has been

10   exposed to toxic chemicals.  Plaintiff PHYLLIS KAIN brings suit against each

11   DEFENDANT named herein for each cause of action listed herein and seeks general and

12   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

13   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

14   amount to be proved at trial.

15       1.54  Plaintiff ROBERT KENNICOTT is an owner and/or resident of the property

16   located at 230 11th Ave. N, Algona, Washington.  Plaintiff ROBERT KENNICOTT has

17   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

18   and failures to act in that his property has been damaged, trespassed upon, his property

19   rights have been violated, the value of his home has been adversely affected, and he has

20   been exposed to toxic chemicals.  Plaintiff ROBERT KENNICOTT brings suit against

21   each DEFENDANT named herein for each cause of action listed herein and seeks general

22   and economic damages directly and foreseeably resulting from DEFENDANTS' actions,

23   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

24   amount to be proved at trial.

25       1.55  Plaintiff ANDREY KINAKH is an owner and/or resident of the property

26   located at 217 10th Ave. N., Algona, Washington.  Plaintiff ANDREY KINAKH has

27   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1    and failures to act in that his property has been damaged, trespassed upon, his property
2    rights have been violated, the value of his home has been adversely affected, and he has
3    been exposed to toxic chemicals. Plaintiff ANDREY KINAKH brings suit against each
4    DEFENDANT named herein for each cause of action listed herein and seeks general and
5    economic damages directly and foreseeably resulting from DEFENDANTS' actions,
6    consequential damages, and attorneys' fees and expenses as allowed by law, and in an
7    amount to be proved at trial.

8        1.56  Plaintiff TONY KINGSADA is an owner and/or resident of the property
9    located at 314A 8th Ave. N, Algona, Washington. Plaintiff TONY KINGSADA has
10   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
11   and failures to act in that his property has been damaged, trespassed upon, his property
12   rights have been violated, the value of his home has been adversely affected, and he has
13   been exposed to toxic chemicals. Plaintiff TONY KINGSADA brings suit against each
14   DEFENDANT named herein for each cause of action listed herein and seeks general and
15   economic damages directly and foreseeably resulting from DEFENDANTS' actions,
16   consequential damages, and attorneys' fees and expenses as allowed by law, and in an
17   amount to be proved at trial.

18       1.57  Plaintiff MICHELLE KLUSMEYER is an owner and/or resident of the
19   property located at 206 11th Ave. N, Algona, Washington. Plaintiff MICHELLE
20   KLUSMEYER has suffered foreseeable injury and damage as a proximate result of
21   DEFENDANTS' actions and failures to act in that her property has been damaged,
22   trespassed upon, her property rights have been violated, the value of her home has been
23   adversely affected, and she has been exposed to toxic chemicals. Plaintiff MICHELLE
24   KLUSMEYER brings suit against each DEFENDANT named herein for each cause of
25   action listed herein and seeks general and economic damages directly and foreseeably
26   resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and
27   expenses as allowed by law, and in an amount to be proved at trial.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

24

1        1.58  Plaintiff SONJA LAPPING is an owner and/or resident of the property

2    located at 330 11th Ave. N., Algona, Washington. Plaintiff SONJA LAPPING has

3    suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

4    and failures to act in that her property has been damaged, trespassed upon, her property

5    rights have been violated, the value of her home has been adversely affected, and she has

6    been exposed to toxic chemicals. Plaintiff SONJA LAPPING brings suit against each

7    DEFENDANT named herein for each cause of action listed herein and seeks general and

8    economic damages directly and foreseeably resulting from DEFENDANTS' actions,

9    consequential damages, and attorneys' fees and expenses as allowed by law, and in an

10   amount to be proved at trial.

11       1.59   Plaintiff BRITTNEY LYNN  LICKEY is an owner and/or resident of the

12   property located at 1009 Celery Ave., Algona, Washington. Plaintiff BRITTNEY LYNN

13   LICKEY has suffered foreseeable injury and damage as a proximate result of

14   DEFENDANTS' actions and failures to act in that her property has been damaged,

15   trespassed upon, her property rights have been violated, the value of her home has been

16   adversely affected, and she has been exposed to toxic chemicals. Plaintiff BRITTNEY

17   LYNN LICKEY brings suit against each DEFENDANT named herein for each cause of

18   action listed herein and seeks general and economic damages directly and foreseeably

19   resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

20   expenses as allowed by law, and in an amount to be proved at trial.

21       1.60   Plaintiff ROBIN LINDY is an owner and/or resident of the property located

22   at 316 Broadway Blvd., Algona, Washington. Plaintiff ROBIN LINDY has suffered

23   foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

24   failures to act in that her property has been damaged, trespassed upon, her property rights

25   have been violated, the value of her home has been adversely affected, and she has been

26   exposed to toxic chemicals. Plaintiff ROBIN LINDY brings suit against each

27   DEFENDANT named herein for each cause of action listed herein and seeks general and

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

25

1  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

2  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

3  amount to be proved at trial.

4      1.61    Plaintiff WAYNE LINDY is an owner and/or resident of the property

5  located at 316 Broadway Blvd., Algona, Washington. Plaintiff WAYNE LINDY has

6  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

7  and failures to act in that his property has been damaged, trespassed upon, his property

8  rights have been violated, the value of his home has been adversely affected, and he has

9  been exposed to toxic chemicals. Plaintiff WAYNE LINDY brings suit against each

10 DEFENDANT named herein for each cause of action listed herein and seeks general and

11 economic damages directly and foreseeably resulting from DEFENDANTS' actions,

12 consequential damages, and attorneys' fees and expenses as allowed by law, and in an

13 amount to be proved at trial.

14     1.62    Plaintiff ASHLEY LISENBY is an owner and/or resident of the property

15 located at 202 11th Ave. N., Algona, Washington. Plaintiff ASHLEY LISENBY has

16 suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

17 and failures to act in that her property has been damaged, trespassed upon, her property

18 rights have been violated, the value of her home has been adversely affected, and she has

19 been exposed to toxic chemicals. Plaintiff ASHLEY LISENBY brings suit against each

20 DEFENDANT named herein for each cause of action listed herein and seeks general and

21 economic damages directly and foreseeably resulting from DEFENDANTS' actions,

22 consequential damages, and attorneys' fees and expenses as allowed by law, and in an

23 amount to be proved at trial.

24     1.63    Plaintiff PAULLET LITTLEFIELD is an owner and/or resident of the

25 property located at 215 8th Ave. N., Algona, Washington. Plaintiff PAULLET

26 LITTLEFIELD has suffered foreseeable injury and damage as a proximate result of

27 DEFENDANTS' actions and failures to act in that her property has been damaged,

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  trespassed upon, her property rights have been violated, the value of her home has been
2  adversely affected, and she has been exposed to toxic chemicals. Plaintiff PAULLET
3  LITTLEFIELD brings suit against each DEFENDANT named herein for each cause of
4  action listed herein and seeks general and economic damages directly and foreseeably
5  resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and
6  expenses as allowed by law, and in an amount to be proved at trial.

7      1.64    Plaintiff DEIDRE LORENZ is an owner and/or resident of the property
8  located at 317 7th Ave. N., Algona, Washington. Plaintiff DEIDRE LORENZ has suffered
9  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and
10 failures to act in that her property has been damaged, trespassed upon, her property rights
11 have been violated, the value of her home has been adversely affected, and she has been
12 exposed to toxic chemicals. Plaintiff DEIDRE LORENZ brings suit against each
13 DEFENDANT named herein for each cause of action listed herein and seeks general and
14 economic damages directly and foreseeably resulting from DEFENDANTS' actions,
15 consequential damages, and attorneys' fees and expenses as allowed by law, and in an
16 amount to be proved at trial.

17     1.65    Plaintiff COURTNEY MACISAAC is an owner and/or resident of the
18 property located at 218 10th Ave. N., Algona, Washington. Plaintiff COURTNEY
19 MACISAAC has suffered foreseeable injury and damage as a proximate result of
20 DEFENDANTS' actions and failures to act in that her property has been damaged,
21 trespassed upon, her property rights have been violated, the value of her home has been
22 adversely affected, and she has been exposed to toxic chemicals. Plaintiff COURTNEY
23 MACISAAC brings suit against each DEFENDANT named herein for each cause of action
24 listed herein and seeks general and economic damages directly and foreseeably resulting
25 from DEFENDANTS' actions, consequential damages, and attorneys' fees and expenses
26 as allowed by law, and in an amount to be proved at trial.

27     1.66    Plaintiff PAUL MALAVOTTE is an owner and/or resident of the property

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1   located at 315 Broadway Blvd., Algona, Washington. Plaintiff PAUL MALAVOTTE has

2   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

3   and failures to act in that his property has been damaged, trespassed upon, his property

4   rights have been violated, the value of his home has been adversely affected, and he has

5   been exposed to toxic chemicals. Plaintiff PAUL MALAVOTTE brings suit against each

6   DEFENDANT named herein for each cause of action listed herein and seeks general and

7   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

8   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

9   amount to be proved at trial.

10          1.67    Plaintiff RANDOLPH MALILONG is an owner and/or resident of the

11  property located at 311 9th Ave. N., Algona, Washington. Plaintiff RANDOLPH

12  MALILONG has suffered foreseeable injury and damage as a proximate result of

13  DEFENDANTS' actions and failures to act in that his property has been damaged,

14  trespassed upon, his property rights have been violated, the value of his home has been

15  adversely affected, and he has been exposed to toxic chemicals. Plaintiff RANDOLPH

16  MALILONG brings suit against each DEFENDANT named herein for each cause of

17  action listed herein and seeks general and economic damages directly and foreseeably

18  resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

19  expenses as allowed by law, and in an amount to be proved at trial.

20          1.68    Plaintiff ANNISSA MANOLOVITZ is an owner and/or resident of the

21  property located at 38 2nd Ave. N., Algona, Washington. Plaintiff ANNISSA

22  MANOLOVITZ has suffered foreseeable injury and damage as a proximate result of

23  DEFENDANTS' actions and failures to act in that her property has been damaged,

24  trespassed upon, her property rights have been violated, the value of her home has been

25  adversely affected, and she has been exposed to toxic chemicals. Plaintiff ANNISSA

26  MANOLOVITZ brings suit against each DEFENDANT named herein for each cause of

27  action listed herein and seeks general and economic damages directly and foreseeably

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

2  expenses as allowed by law, and in an amount to be proved at trial.

3      1.69   Plaintiff LISA MARTIN is an owner and/or resident of the property located

4  at 22 2nd Ave. So., Algona, Washington. Plaintiff LISA MARTIN has suffered foreseeable

5  injury and damage as a proximate result of DEFENDANTS' actions and failures to act in

6  that her property has been damaged, trespassed upon, her property rights have been

7  violated, the value of her home has been adversely affected, and she has been exposed to

8  toxic chemicals. Plaintiff LISA MARTIN brings suit against each DEFENDANT named

9  herein for each cause of action listed herein and seeks general and economic damages

10  directly and foreseeably resulting from DEFENDANTS' actions, consequential damages,

11  and attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

12      1.70   Plaintiff MARIE MCASKILL is an owner and/or resident of the property

13  located at 314 11th Ave. N., Algona, Washington. Plaintiff MARIE MCASKILL has

14  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

15  and failures to act in that her property has been damaged, trespassed upon, her property

16  rights have been violated, the value of her home has been adversely affected, and she has

17  been exposed to toxic chemicals. Plaintiff MARIE MCASKILL brings suit against each

18  DEFENDANT named herein for each cause of action listed herein and seeks general and

19  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

20  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

21  amount to be proved at trial.

22      1.71   Plaintiff JILL A. MENTZER is an owner and/or resident of the property

23  located at 698 Chicago Ave. N., Algona, Washington. Plaintiff JILL A. MENTZER has

24  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

25  and failures to act in that her property has been damaged, trespassed upon, her property

26  rights have been violated, the value of her home has been adversely affected, and she has

27  been exposed to toxic chemicals. Plaintiff JILL A. MENTZER brings suit against each

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1   DEFENDANT named herein for each cause of action listed herein and seeks general and

2   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

3   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

4   amount to be proved at trial.

5       1.72    Plaintiff JOHN L. MENTZER is an owner and/or resident of the property

6   located at 698 Chicago Ave. N., Algona, Washington. Plaintiff JOHN L. MENTZER has

7   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

8   and failures to act in that his property has been damaged, trespassed upon, his property

9   rights have been violated, the value of his home has been adversely affected, and he has

10  been exposed to toxic chemicals. Plaintiff JOHN L. MENTZER brings suit against each

11  DEFENDANT named herein for each cause of action listed herein and seeks general and

12  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

13  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

14  amount to be proved at trial.

15      1.73    Plaintiff VICKI L. MILLS is an owner and/or resident of the property

16  located at 216 8th Ave. N., Algona, Washington. Plaintiff VICKI L. MILLS has suffered

17  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

18  failures to act in that her property has been damaged, trespassed upon, her property rights

19  have been violated, the value of her home has been adversely affected, and she has been

20  exposed to toxic chemicals. Plaintiff VICKI L. MILLS brings suit against each

21  DEFENDANT named herein for each cause of action listed herein and seeks general and

22  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

23  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

24  amount to be proved at trial.

25      1.74    Plaintiff KAREN MILLSAP is an owner and/or resident of the property

26  located at 109 9th Ave. N., Algona, Washington. Plaintiff KAREN MILLSAP has suffered

27  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1    failures to act in that her property has been damaged, trespassed upon, her property rights

2    have been violated, the value of her home has been adversely affected, and she has been

3    exposed to toxic chemicals.  Plaintiff KAREN MILLSAP brings suit against each

4    DEFENDANT named herein for each cause of action listed herein and seeks general and

5    economic damages directly and foreseeably resulting from DEFENDANTS' actions,

6    consequential damages, and attorneys' fees and expenses as allowed by law, and in an

7    amount to be proved at trial.

8        1.75    Plaintiff TERRENCE MILLSAP is an owner and/or resident of the property

9    located at 109 9th Ave. N., Algona, Washington.  Plaintiff TERRENCE MILLSAP has

10   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

11   and failures to act in that his property has been damaged, trespassed upon, his property

12   rights have been violated, the value of his home has been adversely affected, and he has

13   been exposed to toxic chemicals.  Plaintiff TERRENCE MILLSAP brings suit against each

14   DEFENDANT named herein for each cause of action listed herein and seeks general and

15   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

16   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

17   amount to be proved at trial.

18       1.76    Plaintiff KYLIE MOREFIELD is an owner and/or resident of the property

19   located at 302 Junction Blvd., Algona, Washington.  Plaintiff KYLIE MOREFIELD has

20   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

21   and failures to act in that her property has been damaged, trespassed upon, her property

22   rights have been violated, the value of her home has been adversely affected, and she has

23   been exposed to toxic chemicals.  Plaintiff KYLIE MOREFIELD brings suit against each

24   DEFENDANT named herein for each cause of action listed herein and seeks general and

25   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

26   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

27   amount to be proved at trial.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1.77    Plaintiff ELIZABETH MORGAN is an owner and/or resident of the property located at 330 11th Ave. N., Algona, Washington. Plaintiff ELIZABETH MORGAN has suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions and failures to act in that her property has been damaged, trespassed upon, her property rights have been violated, the value of her home has been adversely affected, and she has been exposed to toxic chemicals. Plaintiff ELIZABETH MORGAN brings suit against each DEFENDANT named herein for each cause of action listed herein and seeks general and economic damages directly and foreseeably resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

1.78    Plaintiff TARA MOTT is an owner and/or resident of the property located at 632 Celery Ave., Algona, Washington. Plaintiff TARA MOTT has suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions and failures to act in that her property has been damaged, trespassed upon, her property rights have been violated, the value of her home has been adversely affected, and she has been exposed to toxic chemicals. Plaintiff TARA MOTT brings suit against each DEFENDANT named herein for each cause of action listed herein and seeks general and economic damages directly and foreseeably resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

1.79    Plaintiff CECILY NEILSEN is an owner and/or resident of the property located at 1018 Algona Blvd., Algona, Washington. Plaintiff CECILY NEILSEN has suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions and failures to act in that her property has been damaged, trespassed upon, her property rights have been violated, the value of her home has been adversely affected, and she has been exposed to toxic chemicals. Plaintiff CECILY NEILSEN brings suit against each DEFENDANT named herein for each cause of action listed herein and seeks general and economic damages directly and foreseeably resulting from DEFENDANTS' actions,

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  consequential damages, and attorneys' fees and expenses as allowed by law, and in an
2  amount to be proved at trial.

3      1.80   Plaintiff ANTHONY B. NOCERA is an owner and/or resident of the
4  property located at 306 9th Ave. N., Algona, Washington.  Plaintiff ANTHONY B.
5  NOCERA has suffered foreseeable injury and damage as a proximate result of
6  DEFENDANTS' actions and failures to act in that his property has been damaged,
7  trespassed upon, his property rights have been violated, the value of his home has been
8  adversely affected, and he has been exposed to toxic chemicals.  Plaintiff ANTHONY B.
9  NOCERA brings suit against each DEFENDANT named herein for each cause of action
10  listed herein and seeks general and economic damages directly and foreseeably resulting
11  from DEFENDANTS' actions, consequential damages, and attorneys' fees and expenses
12  as allowed by law, and in an amount to be proved at trial.

13      1.81   Plaintiff DIANE C. NOCERA is an owner and/or resident of the property
14  located at 306 9th Ave. N., Algona, Washington.  Plaintiff DIANE C. NOCERA has
15  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
16  and failures to act in that her property has been damaged, trespassed upon, her property
17  rights have been violated, the value of her home has been adversely affected, and she has
18  been exposed to toxic chemicals.  Plaintiff DIANE C. NOCERA brings suit against each
19  DEFENDANT named herein for each cause of action listed herein and seeks general and
20  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
21  consequential damages, and attorneys' fees and expenses as allowed by law, and in an
22  amount to be proved at trial.

23      1.82   Plaintiff JESSICA PARKER is an owner and/or resident of the property
24  located at 134 8th Ave. N., Algona, Washington.  Plaintiff JESSICA PARKER has suffered
25  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and
26  failures to act in that her property has been damaged, trespassed upon, her property rights
27  have been violated, the value of her home has been adversely affected, and she has been

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  exposed to toxic chemicals.  Plaintiff JESSICA PARKER brings suit against each

2  DEFENDANT named herein for each cause of action listed herein and seeks general and

3  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

4  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

5  amount to be proved at trial.

6       1.83    Plaintiff RICHARD PARKER is an owner and/or resident of the property

7  located at 134 8th Ave. N., Algona, Washington.  Plaintiff RICHARD PARKER has

8  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

9  and failures to act in that his property has been damaged, trespassed upon, his property

10  rights have been violated, the value of his home has been adversely affected, and he has

11  been exposed to toxic chemicals.  Plaintiff RICHARD PARKER brings suit against each

12  DEFENDANT named herein for each cause of action listed herein and seeks general and

13  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

14  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

15  amount to be proved at trial.

16       1.84    Plaintiff PATRICIA PLATTNER is an owner and/or resident of the property

17  located at 110 4th Ave. N., Algona, Washington.  Plaintiff PATRICIA PLATTNER has

18  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

19  and failures to act in that her property has been damaged, trespassed upon, her property

20  rights have been violated, the value of her home has been adversely affected, and she has

21  been exposed to toxic chemicals.  Plaintiff PATRICIA PLATTNER brings suit against

22  each DEFENDANT named herein for each cause of action listed herein and seeks general

23  and economic damages directly and foreseeably resulting from DEFENDANTS' actions,

24  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

25  amount to be proved at trial.

26       1.85    Plaintiff MIKE RAMIREZ is an owner and/or resident of the property

27  located at 314 11th Ave. N., Algona, Washington.  Plaintiff MIKE RAMIREZ has suffered

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1    foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

2    failures to act in that his property has been damaged, trespassed upon, his property rights

3    have been violated, the value of his home has been adversely affected, and he has been

4    exposed to toxic chemicals.  Plaintiff MIKE RAMIREZ brings suit against each

5    DEFENDANT named herein for each cause of action listed herein and seeks general and

6    economic damages directly and foreseeably resulting from DEFENDANTS' actions,

7    consequential damages, and attorneys' fees and expenses as allowed by law, and in an

8    amount to be proved at trial.

9        1.86    Plaintiff LUDMILLA REDKA is an owner and/or resident of the property

10   located at 215 11th Ave. N., Algona Washington.  Plaintiff LUDMILLA REDKA has

11   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

12   and failures to act in that her property has been damaged, trespassed upon, her property

13   rights have been violated, the value of her home has been adversely affected, and she has

14   been exposed to toxic chemicals.  Plaintiff LUDMILLA REDKA brings suit against each

15   DEFENDANT named herein for each cause of action listed herein and seeks general and

16   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

17   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

18   amount to be proved at trial.

19       1.87    Plaintiff BRIAN REITZ is an owner and/or resident of the property located

20   at 306 11th Ave. N., Algona, Washington.  Plaintiff BRIAN REITZ has suffered

21   foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

22   failures to act in that his property has been damaged, trespassed upon, his property rights

23   have been violated, the value of his home has been adversely affected, and he has been

24   exposed to toxic chemicals.  Plaintiff BRIAN REITZ brings suit against each

25   DEFENDANT named herein for each cause of action listed herein and seeks general and

26   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

27   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  amount to be proved at trial.

2      1.88    Plaintiff KATHLEEN RISMOEN is an owner and/or resident of the

3  property located at 210 11th Ave. N., Algona, Washington. Plaintiff KATHLEEN

4  RISMOEN has suffered foreseeable injury and damage as a proximate result of

5  DEFENDANTS' actions and failures to act in that her property has been damaged,

6  trespassed upon, her property rights have been violated, the value of her home has been

7  adversely affected, and she has been exposed to toxic chemicals. Plaintiff KATHLEEN

8  RISMOEN brings suit against each DEFENDANT named herein for each cause of action

9  listed herein and seeks general and economic damages directly and foreseeably resulting

10  from DEFENDANTS' actions, consequential damages, and attorneys' fees and expenses

11  as allowed by law, and in an amount to be proved at trial.

12      1.89    Plaintiff MATTHEW MONTGOMERY ROBERTS is an owner and/or

13  resident of the property located at 240 11th Ave. N., Algona, Washington. Plaintiff

14  MATTHEW MONTGOMERY ROBERTS has suffered foreseeable injury and damage as

15  a proximate result of DEFENDANTS' actions and failures to act in that his property has

16  been damaged, trespassed upon, his property rights have been violated, the value of his

17  home has been adversely affected, and he has been exposed to toxic chemicals. Plaintiff

18  MATTHEW MONTGOMERY ROBERTS brings suit against each DEFENDANT named

19  herein for each cause of action listed herein and seeks general and economic damages

20  directly and foreseeably resulting from DEFENDANTS' actions, consequential damages,

21  and attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

22      1.90    Plaintiff LURA ELAINE ROBERTSON is an owner and/or resident of the

23  property located at 105 Algona Blvd. N., Algona, Washington. Plaintiff LURA ELAINE

24  ROBERTSON has suffered foreseeable injury and damage as a proximate result of

25  DEFENDANTS' actions and failures to act in that her property has been damaged,

26  trespassed upon, her property rights have been violated, the value of her home has been

27  adversely affected, and she has been exposed to toxic chemicals. Plaintiff LURA

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1   ELAINE ROBERTSON brings suit against each DEFENDANT named herein for each

2   cause of action listed herein and seeks general and economic damages directly and

3   foreseeably resulting from DEFENDANTS' actions, consequential damages, and

4   attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

5       1.91   Plaintiff JANENE M. ROLLINS  is an owner and/or resident of the property

6   located at 1031 Algona Blvd. N., Algona, Washington.  Plaintiff JANENE M. ROLLINS

7   has suffered foreseeable injury and damage as a proximate result of DEFENDANTS'

8   actions and failures to act in that her property has been damaged, trespassed upon, her

9   property rights have been violated, the value of her home has been adversely affected, and

10  she has been exposed to toxic chemicals.  Plaintiff JANENE M. ROLLINS brings suit

11  against each DEFENDANT named herein for each cause of action listed herein and seeks

12  general and economic damages directly and foreseeably resulting from DEFENDANTS'

13  actions, consequential damages, and attorneys' fees and expenses as allowed by law, and

14  in an amount to be proved at trial.

15      1.92   Plaintiff CLAUDE ROUGHT is an owner and/or resident of the property

16  located at W36 11th Ave. N., Algona, Washington.  Plaintiff CLAUDE ROUGHT has

17  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

18  and failures to act in that his property has been damaged, trespassed upon, his property

19  rights have been violated, the value of his home has been adversely affected, and he has

20  been exposed to toxic chemicals.  Plaintiff CLAUDE ROUGHT brings suit against each

21  DEFENDANT named herein for each cause of action listed herein and seeks general and

22  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

23  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

24  amount to be proved at trial.

25      1.93   Plaintiff DAN RUDOLPH is an owner and/or resident of the property

26  located at 632 Celery Ave., Algona, Washington.  Plaintiff DAN RUDOLPH has suffered

27  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

**1** failures to act in that his property has been damaged, trespassed upon, his property rights
**2** have been violated, the value of his home has been adversely affected, and he has been
**3** exposed to toxic chemicals. Plaintiff DAN RUDOLPH brings suit against each
**4** DEFENDANT named herein for each cause of action listed herein and seeks general and
**5** economic damages directly and foreseeably resulting from DEFENDANTS' actions,
**6** consequential damages, and attorneys' fees and expenses as allowed by law, and in an
**7** amount to be proved at trial.

**8**     1.94   Plaintiff DEBORAH A. RYAN is an owner and/or resident of the property
**9** located at 904 Algona Blvd. N., Algona, Washington. Plaintiff DEBORAH A. RYAN has
**10** suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
**11** and failures to act in that her property has been damaged, trespassed upon, her property
**12** rights have been violated, the value of her home has been adversely affected, and she has
**13** been exposed to toxic chemicals. Plaintiff DEBORAH A. RYAN brings suit against each
**14** DEFENDANT named herein for each cause of action listed herein and seeks general and
**15** economic damages directly and foreseeably resulting from DEFENDANTS' actions,
**16** consequential damages, and attorneys' fees and expenses as allowed by law, and in an
**17** amount to be proved at trial.

**18**     1.95   Plaintiff RICHARD R. RYAN is an owner and/or resident of the property
**19** located at 904 Algona Blvd. N., Algona, Washington. Plaintiff RICHARD R. RYAN has
**20** suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions
**21** and failures to act in that his property has been damaged, trespassed upon, his property
**22** rights have been violated, the value of his home has been adversely affected, and he has
**23** been exposed to toxic chemicals. Plaintiff RICHARD R. RYAN brings suit against each
**24** DEFENDANT named herein for each cause of action listed herein and seeks general and
**25** economic damages directly and foreseeably resulting from DEFENDANTS' actions,
**26** consequential damages, and attorneys' fees and expenses as allowed by law, and in an
**27** amount to be proved at trial.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1    1.96    Plaintiff STEVE SANBORN is an owner and/or resident of the property

2    located at 828 Chicago Ave., Algona, Washington.  Plaintiff STEVE SANBORN has

3    suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

4    and failures to act in that his property has been damaged, trespassed upon, his property

5    rights have been violated, the value of his home has been adversely affected, and he has

6    been exposed to toxic chemicals.  Plaintiff  STEVE SANBORN brings suit against each

7    DEFENDANT named herein for each cause of action listed herein and seeks general and

8    economic damages directly and foreseeably resulting from DEFENDANTS' actions,

9    consequential damages, and attorneys' fees and expenses as allowed by law, and in an

10   amount to be proved at trial.

11   1.97    Plaintiff MICHAEL C. SCOTT is an owner and/or resident of the property

12   located at 110 4th Ave. N., Algona, Washington.  Plaintiff MICHAEL C. SCOTT has

13   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

14   and failures to act in that his property has been damaged, trespassed upon, his property

15   rights have been violated, the value of his home has been adversely affected, and he has

16   been exposed to toxic chemicals.  Plaintiff MICHAEL C. SCOTT brings suit against each

17   DEFENDANT named herein for each cause of action listed herein and seeks general and

18   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

19   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

20   amount to be proved at trial.

21   1.98    Plaintiff DAVEENE KIM SEARS is an owner and/or resident of the

22   property located at 39 2nd Ave. N., Algona, Washington.  Plaintiff DAVEENE KIM

23   SEARS has suffered foreseeable injury and damage as a proximate result of

24   DEFENDANTS' actions and failures to act in that her property has been damaged,

25   trespassed upon, her property rights have been violated, the value of her home has been

26   adversely affected, and she has been exposed to toxic chemicals.  Plaintiff DAVEENE

27   KIM SEARS brings suit against each DEFENDANT named herein for each cause of

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1    action listed herein and seeks general and economic damages directly and foreseeably

2    resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

3    expenses as allowed by law, and in an amount to be proved at trial.

4        1.99    Plaintiff GERALD L. SEARS is an owner and/or resident of the property

5    located at 39 2nd Ave. N., Algona, Washington. Plaintiff GERALD L. SEARS has

6    suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

7    and failures to act in that his property has been damaged, trespassed upon, his property

8    rights have been violated, the value of his home has been adversely affected, and he has

9    been exposed to toxic chemicals. Plaintiff GERALD L. SEARS brings suit against each

10   DEFENDANT named herein for each cause of action listed herein and seeks general and

11   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

12   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

13   amount to be proved at trial.

14       1.100    Plaintiff DARRON SHOOK is an owner and/or resident of the property

15   located at 218 10th Ave. N., Algona, Washington. Plaintiff DARRON SHOOK has

16   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

17   and failures to act in that his property has been damaged, trespassed upon, his property

18   rights have been violated, the value of his home has been adversely affected, and he has

19   been exposed to toxic chemicals. Plaintiff DARRON SHOOK brings suit against each

20   DEFENDANT named herein for each cause of action listed herein and seeks general and

21   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

22   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

23   amount to be proved at trial.

24       1.101    Plaintiff LISA SHOOK is an owner and/or resident of the property located

25   at 218 10th Ave. N., Algona, Washington. Plaintiff LISA SHOOK has suffered foreseeable

26   injury and damage as a proximate result of DEFENDANTS' actions and failures to act in

27   that her property has been damaged, trespassed upon, her property rights have been

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  violated, the value of her home has been adversely affected, and she has been exposed to
2  toxic chemicals. Plaintiff LISA SHOOK brings suit against each DEFENDANT named
3  herein for each cause of action listed herein and seeks general and economic damages
4  directly and foreseeably resulting from DEFENDANTS' actions, consequential damages,
5  and attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

6      1.102   Plaintiff STACIE SIPPO is an owner and/or resident of the property located
7  at 1025 Celery Ave., Algona, Washington. Plaintiff STACIE SIPPO has suffered
8  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and
9  failures to act in that her property has been damaged, trespassed upon, her property rights
10  have been violated, the value of her home has been adversely affected, and she has been
11  exposed to toxic chemicals. Plaintiff STACIE SIPPO brings suit against each
12  DEFENDANT named herein for each cause of action listed herein and seeks general and
13  economic damages directly and foreseeably resulting from DEFENDANTS' actions,
14  consequential damages, and attorneys' fees and expenses as allowed by law, and in an
15  amount to be proved at trial.

16     1.103   Plaintiff HAROLD A. SPONBERG  is an owner and/or resident of the
17  property located at 1025 Celery Ave. N. Algona, Washington. Plaintiff HAROLD A.
18  SPONBERG has suffered foreseeable injury and damage as a proximate result of
19  DEFENDANTS' actions and failures to act in that his property has been damaged,
20  trespassed upon, his property rights have been violated, the value of his home has been
21  adversely affected, and he has been exposed to toxic chemicals. Plaintiff HAROLD A.
22  SPONBERG brings suit against each DEFENDANT named herein for each cause of action
23  listed herein and seeks general and economic damages directly and foreseeably resulting
24  from DEFENDANTS' actions, consequential damages, and attorneys' fees and expenses
25  as allowed by law, and in an amount to be proved at trial.

26     1.104   Plaintiff PENNY J. SPONBERG is an owner and/or resident of the property
27  located at 1025 Celery Ave. N., Algona, Washington. Plaintiff PENNY J. SPONBERG

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  has suffered foreseeable injury and damage as a proximate result of DEFENDANTS'

2  actions and failures to act in that her property has been damaged, trespassed upon, her

3  property rights have been violated, the value of her home has been adversely affected, and

4  she has been exposed to toxic chemicals.  Plaintiff PENNY J. SPONBERG brings suit

5  against each DEFENDANT named herein for each cause of action listed herein and seeks

6  general and economic damages directly and foreseeably resulting from DEFENDANTS'

7  actions, consequential damages, and attorneys' fees and expenses as allowed by law, and

8  in an amount to be proved at trial.

9      1.105    Plaintiff TRENT B. TESTERMAN is an owner and/or resident of the

10  property located at 106 6th Ave. N., Algona, Washington.  Plaintiff TRENT B.

11  TESTERMAN has suffered foreseeable injury and damage as a proximate result of

12  DEFENDANTS' actions and failures to act in that his property has been damaged,

13  trespassed upon, his property rights have been violated, the value of his home has been

14  adversely affected, and he has been exposed to toxic chemicals.  Plaintiff TRENT B.

15  TESTERMAN brings suit against each DEFENDANT named herein for each cause of

16  action listed herein and seeks general and economic damages directly and foreseeably

17  resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

18  expenses as allowed by law, and in an amount to be proved at trial.

19      1.106    Plaintiff BERNADETTE J. TRANHOLT is an owner and/or resident of the

20  property located at 37 2nd Ave. N., Algona, Washington.  Plaintiff BERNADETTE J.

21  TRANHOLT has suffered foreseeable injury and damage as a proximate result of

22  DEFENDANTS' actions and failures to act in that her property has been damaged,

23  trespassed upon, her property rights have been violated, the value of her home has been

24  adversely affected, and she has been exposed to toxic chemicals.  Plaintiff BERNADETTE

25  J. TRANHOLT brings suit against each DEFENDANT named herein for each cause of

26  action listed herein and seeks general and economic damages directly and foreseeably

27  resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  expenses as allowed by law, and in an amount to be proved at trial.

2    1.107   Plaintiff ROBIN L. TRANHOLT is an owner and/or resident of the

3  property located at 37 2nd Ave. N, Algona, Washington.  Plaintiff ROBIN L. TRANHOLT

4  has suffered foreseeable injury and damage as a proximate result of DEFENDANTS'

5  actions and failures to act in that his property has been damaged, trespassed upon, his

6  property rights have been violated, the value of his home has been adversely affected, and

7  he has been exposed to toxic chemicals.  Plaintiff ROBIN L. TRANHOLT brings suit

8  against each DEFENDANT named herein for each cause of action listed herein and seeks

9  general and economic damages directly and foreseeably resulting from DEFENDANTS'

10  actions, consequential damages, and attorneys' fees and expenses as allowed by law, and

11  in an amount to be proved at trial.

12    1.108   Plaintiff JEFFREY A. TRELKA is an owner and/or resident of the property

13  located at 901 Celery Ave., Algona, Washington.  Plaintiff JEFFREY A. TRELKA has

14  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

15  and failures to act in that his property has been damaged, trespassed upon, his property

16  rights have been violated, the value of his home has been adversely affected, and he has

17  been exposed to toxic chemicals.  Plaintiff JEFFREY A. TRELKA brings suit against each

18  DEFENDANT named herein for each cause of action listed herein and seeks general and

19  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

20  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

21  amount to be proved at trial.

22    1.109   Plaintiff KAREN R. TRELKA is an owner and/or resident of the property

23  located at 901 Celery Ave., Algona, Washington.  Plaintiff KAREN R. TRELKA has

24  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

25  and failures to act in that her property has been damaged, trespassed upon, her property

26  rights have been violated, the value of her home has been adversely affected, and she has

27  been exposed to toxic chemicals.  Plaintiff KAREN R. TRELKA brings suit against each

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  DEFENDANT named herein for each cause of action listed herein and seeks general and

2  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

3  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

4  amount to be proved at trial.

5      1.110    Plaintiff JESSICA A. VAUGHN is an owner and/or resident of the property

6  located at 104 8th Ave. N., Algona, Washington. Plaintiff JESSICA A. VAUGHN has

7  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

8  and failures to act in that her property has been damaged, trespassed upon, her property

9  rights have been violated, the value of her home has been adversely affected, and she has

10  been exposed to toxic chemicals. Plaintiff JESSICA A. VAUGHN brings suit against

11  each DEFENDANT named herein for each cause of action listed herein and seeks general

12  and economic damages directly and foreseeably resulting from DEFENDANTS' actions,

13  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

14  amount to be proved at trial.

15      1.111    Plaintiff GABRIEL WARREN is an owner and/or resident of the property

16  located at 305 5th Ave. N. Algona, Washington. Plaintiff GABRIEL WARREN has

17  suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

18  and failures to act in that his property has been damaged, trespassed upon, his property

19  rights have been violated, the value of his home has been adversely affected, and he has

20  been exposed to toxic chemicals. Plaintiff GABRIEL WARREN brings suit against each

21  DEFENDANT named herein for each cause of action listed herein and seeks general and

22  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

23  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

24  amount to be proved at trial.

25      1.112    Plaintiff MAX WERDEN is an owner and/or resident of the property

26  located at 825 Celery Ave., Algona, Washington. Plaintiff MAX WERDEN has suffered

27  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  failures to act in that his property has been damaged, trespassed upon, his property rights

2  have been violated, the value of his home has been adversely affected, and she has been

3  exposed to toxic chemicals.  Plaintiff MAX WERDEN brings suit against each

4  DEFENDANT named herein for each cause of action listed herein and seeks general and

5  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

6  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

7  amount to be proved at trial.

8       1.113   Plaintiff TINA WERDEN is an owner and/or resident of the property

9  located at 825 Celery Ave., Algona, Washington.  Plaintiff TINA WERDEN has suffered

10  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

11  failures to act in that her property has been damaged, trespassed upon, her property rights

12  have been violated, the value of her home has been adversely affected, and she has been

13  exposed to toxic chemicals.  Plaintiff TINA WERDEN brings suit against each

14  DEFENDANT named herein for each cause of action listed herein and seeks general and

15  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

16  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

17  amount to be proved at trial.

18       1.114   Plaintiff STACY WILEY is an owner and/or resident of the property

19  located at 312 9th Ave. N, Algona, Washington.  Plaintiff STACY WILEY has suffered

20  foreseeable injury and damage as a proximate result of DEFENDANTS' actions and

21  failures to act in that her property has been damaged, trespassed upon, her property rights

22  have been violated, the value of her home has been adversely affected, and she has been

23  exposed to toxic chemicals.  Plaintiff STACY WILEY brings suit against each

24  DEFENDANT named herein for each cause of action listed herein and seeks general and

25  economic damages directly and foreseeably resulting from DEFENDANTS' actions,

26  consequential damages, and attorneys' fees and expenses as allowed by law, and in an

27  amount to be proved at trial.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1    1.115    Plaintiff ANTHONY WILLIAMS is an owner and/or resident of the

2    property located at 326 11th Ave. N, Algona, Washington. Plaintiff ANTHONY

3    WILLIAMS has suffered foreseeable injury and damage as a proximate result of

4    DEFENDANTS' actions and failures to act in that his property has been damaged,

5    trespassed upon, his property rights have been violated, the value of his home has been

6    adversely affected, and he has been exposed to toxic chemicals. Plaintiff ANTHONY

7    WILLIAMS brings suit against each DEFENDANT named herein for each cause of action

8    listed herein and seeks general and economic damages directly and foreseeably resulting

9    from DEFENDANTS' actions, consequential damages, and attorneys' fees and expenses

10   as allowed by law, and in an amount to be proved at trial.

11   1.116    Plaintiff CINDA J. ZITTERICH is an owner and/or resident of the property

12   located at 135 Tacoma Blvd., Algona, Washington. Plaintiff CINDA J. ZITTERICH has

13   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

14   and failures to act in that her property has been damaged, trespassed upon, her property

15   rights have been violated, the value of her home has been adversely affected, and she has

16   been exposed to toxic chemicals. Plaintiff CINDA J. ZITTERICH brings suit against each

17   DEFENDANT named herein for each cause of action listed herein and seeks general and

18   economic damages directly and foreseeably resulting from DEFENDANTS' actions,

19   consequential damages, and attorneys' fees and expenses as allowed by law, and in an

20   amount to be proved at trial.

21   1.117    Plaintiff RICKY L. ZITTERICH is an owner and/or resident of the property

22   located at 135 Tacoma Blvd., Algona, Washington. Plaintiff RICKY L. ZITTERICH has

23   suffered foreseeable injury and damage as a proximate result of DEFENDANTS' actions

24   and failures to act in that his property has been damaged, trespassed upon, his property

25   rights have been violated, the value of his home has been adversely affected, and he has

26   been exposed to toxic chemicals. Plaintiff RICKY L. ZITTERICH brings suit against each

27   DEFENDANT named herein for each cause of action listed herein and seeks general and

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

economic damages directly and foreseeably resulting from DEFENDANTS' actions, consequential damages, and attorneys' fees and expenses as allowed by law, and in an amount to be proved at trial.

## II.    DEFENDANTS

2.1    Defendant The Boeing Company (hereafter "Boeing Company") is a corporation organized under the laws of the State of Delaware and maintains its principle place of business in the State of Washington.  Defendant Boeing Company is engaged business within King County and the State of Washington.

2.2    Defendant Boeing Company currently transacts business in King County and transacted business in King County at the time the causes of action arose.  Defendant Boeing Company currently has and had an office for the transaction of business at the time the cause of action arose.  Defendant Boeing Company employs one or more person that resides in King County upon whom process may be served upon the corporation.

2.3    Defendant Boeing Commercial Airplanes is a corporation headquartered in Renton, Washington.  Defendant Boeing Commercial Airplanes maintains its principle place of business in King County in the State of Washington.  Defendant Boeing Commercial Airplanes is engaged business within King County and the State of Washington.

2.4    Defendant Boeing Commercial Airplanes currently transacts business in King County and transacted business in King County at the time the causes of action arose. Defendant Boeing Commercial Airplanes currently has and had an office for the transaction of business at the time the cause of action arose.  Defendant Boeing Commercial Airplanes employs one or more person that resides in King County upon whom process may be served upon the corporation.

2.5    Defendant Landau Associates, Inc. (hereafter "Landau Associates") is a corporation organized under the laws of the State of Washington.  Defendant Landau Associates maintains its principle place of business in King County in the State of

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  Washington.  Defendant Landau Associates is engaged business within King County and

2  the State of Washington.

3      2.6      Defendant Landau Associates currently transacts business in King County

4  and transacted business in King County at the time the causes of action arose.  Defendant

5  Landau Associates currently has and had an office for the transaction of business at the

6  time the cause of action arose.  Defendant Landau Associates employs one or more person

7  that resides in King County upon whom process may be served upon the corporation.

8              **III.    JURISDICTION AND VENUE**

9      3.1      This case properly brought before the Superior Court of the State of

10  Washington for King County because Defendants Boeing Company, Boeing Commercial

11  Airplanes, and/or Landau Associates reside in King County.  More specifically, each of the

12  Defendants transacts business in King County, has an office for the transaction of business,

13  transacted business in King County at the time the cause of action arose, and employs one

14  or more person that resides in King County upon whom process may be served upon the

15  corporation.  RCW 4.12.025(1).  Further, Defendants have availed themselves of this

16  jurisdiction.

17      3.2      Additionally, this case is properly brought before this Court because King

18  County is the county where the torts were committed and the county where the work was

19  performed for the corporations.  RCW 4.12.025(3).

20      3.3      Additionally, this case is properly brought before this Court because King

21  County is the county in which the real property that is the subject of the action is situated.

22  This case involves the rights, possession and/or injury to real property situated in King

23  County.  RCW 4.12.010.

24      3.4      Additionally, this case is properly brought before this Court because King

25  County is the county where the cause of action, or some part thereof, arose.  More

26  specifically, this action is for the recovery of damages for injuries to their person and

27

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  injuries to personal property that arose, or some part thereof that arose, in King County.

2  RCW 4.12.020(c).

3  ### IV.   GENERAL FACTS

4      4.1    In 1966, Defendants Boeing Company and Boeing Commercial Airplanes

5  purchased certain property located at 700 15th Street SW in Auburn, Washington from the

6  General Services Administration.  In 1974, Defendants Boeing Company and Boeing

7  Commercial Airplanes purchased additional adjacent property containing warehouses.

8  These properties stretched from 15th Street SW in a southerly direction to Ellingson Road.

9  These properties contained manufacturing and office buildings, warehouses, and other

10  support buildings and were known collectively as the Boeing Company Commercial

11  Airplanes Division Fabrication Plant in Auburn and/or the Boeing Auburn Plant (hereafter

12  "Boeing Auburn Plant").

13      4.2    Defendants Boeing Company and Boeing Commercial Airplanes operated a

14  fabrication plant at this location for decades.  Defendants Boeing Company and Boeing

15  Commercial Airplanes produced parts, tools, and assemblies for commercial airplanes.  In

16  producing such products, Defendants Boeing Company and Boeing commercial Airplanes

17  used materials, chemicals, and/or solvents that they knew to be hazardous to human health

18  and harmful to the environment, including the soil and groundwater.

19      4.3    Defendants Boeing Company and Boeing Commercial Airplanes used

20  solvents as degreasing agents for metal parts.  These solvents included, but are not limited

21  to, trichloroethylene (hereafter "TCE"), 1,1,1-trichloroethane ("TCA"),

22  tetrachloroethylene, also known as perchloroethylene ("PCE") and may also include cis-

23  1,2 dichloroethene.

24      4.4    Defendants Boeing Company and Boeing Commercial Airplanes were

25  negligent in their use, handling, storage, transportation and disposal of these solvents.

26  Defendants Boeing Company and Boeing Commercial Airplanes knowingly allowed these

27

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1 dangerous solvents to be dumped, sprayed, spilled, discharged, or otherwise released onto

2 and into the ground.

3     4.5    Defendants Boeing Company and Boeing Commercial Airplanes realized at

4 that time that that there was a high probability of injury to others, their property, and/or

5 their rights due to Defendants' actions. Defendants Boeing Company and Boeing

6 Commercial Airplanes behaved with disregard to these likely consequences.

7     4.6    In 1987, Defendants Boeing Company and Boeing Commercial Airplanes

8 received a Resource Conservation and Recovery Act (RCRA) permit that specified the

9 requirements for treatment, storage, and handling of hazardous materials and waste. At

10 RCRA permitted facilities, corrective action is required for all releases of hazardous

11 substances at and from the facility to protect human health and the environment.

12     4.7    Since the issuance of the RCRA permit, the State of Washington Department

13 of Ecology ("DOE") identified numerous solid waste management units and areas of

14 concern with potential releases of hazardous substances associated with the Boeing

15 Auburn Plant.

16     4.8    In or about 2002, Defendants Boeing Company and Boeing Commercial

17 Airplanes agreed to complete a remedial investigation, feasibility study, draft a cleanup

18 action plan, perform cleanup actions and clean up as necessary to remediate releases of

19 hazardous substances associated with the Boeing Auburn Plant.

20     4.9    This agreement included provisions, among others, that Defendants Boeing

21 Company and Boeing Commercial Airplanes must identify the probable source of any

22 release of hazardous substances, chemical constituents, horizontal and vertical extent of

23 any release of hazardous substances, the rate and direction of migration of the hazardous

24 substances. Further, Defendants Boeing Company and Boeing Commercial Airplanes

25 were required to track and document the contamination concentrations and potential

26 migration.

27

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1    4.10    Defendants Boeing Company and Boeing Commercial Airplanes hired,

2    delegated, contracted with, partnered with, or otherwise shared the responsibilities with

3    Landau Associates for the investigation and remediation of the Boeing Auburn Plant.

4    4.11    In or about 2002, Defendants Boeing Company, Boeing Commercial

5    Airplanes, and Landau Associates identified a plume of volatile organic chemicals

6    ("VOCs"), including TCE and PCE and their degradation products including vinyl chloride

7    ("VC") in the groundwater at the Boeing Auburn Plant. Defendants identified building 17-

8    05 of the Boeing Auburn Plant as the likely source of the plume of hazardous substances.

9    This plume was noted by Defendants Boeing Company, Boeing Commercial Airplanes,

10   and Landau Associates to have moved off of the Boeing Auburn Plant property and to be

11   continuing to move off of the property in the shallow groundwater in a north and/or

12   northwest direction.

13   4.12    Defendants Boeing Company, Boeing Commercial Airplanes, and Landau

14   Associates knew at that time that the movement of these hazardous substances posed a

15   threat to the health and rights of nearby property owners and residents and their properties.

16   4.13    Defendants Boeing Company, Boeing Commercial Airplanes, and Landau

17   Associates knew at that time that the presence of these hazardous substances in

18   groundwater would contaminate soil and escape through soil into the air on nearby

19   properties and into the homes and buildings thereon.

20   4.14    With this knowledge, Defendants had a duty to further investigate, track and

21   document, remediate, and/or otherwise clean up the hazardous substances and to

22   investigate further potential migration of the hazardous substances. Defendants had a

23   further duty to take reasonable actions to contain and/or minimize the movement of the

24   hazardous substances off the Boeing Auburn Plant property and onto nearby properties

25   and/or to warn of the presence and movement of such hazardous substances.

26   4.15    Defendants Boeing Company, Boeing Commercial Airplanes, and Landau

27   Associates failed to take reasonable actions in investigating, testing, tracking,

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  documenting, remediating, cleaning up, containing, minimizing movement, and/or warning
2  nearby property owners and residents of the presence of and movement of hazardous
3  substances into their neighborhoods, properties, and homes.

4      4.16   In or about 2009, Defendants Boeing Company, Boeing Commercial
5  Airplanes, and Landau Associates identified an second plume of VOCs including TCE,
6  PCE and their degradation products including VC. Defendants failed to identify the
7  probable sources of the contamination or where on the Boeing Auburn Plant this plume
8  originates.

9      4.17   This plume was noted by Defendants Boeing Company, Boeing Commercial
10  Airplanes, and Landau Associates to have moved off of and be continuing to move off of
11  the Boeing Auburn Plant property in the groundwater. Again, Defendants failed to take
12  reasonable actions in investigating, testing, tracking, documenting, remediating, cleaning
13  up, containing, minimizing movement, and/or warning nearby property owners and
14  residents of the presence of and movement of hazardous substances into their
15  neighborhoods, properties, and homes.

16      4.18   Finally, in 2013, Defendants Boeing Company, Boeing Commercial
17  Airplanes, and Landau Associates performed sampling in the area of plaintiffs' homes and
18  properties at the direction of the DOC.

19      4.19   Plaintiffs and residents in the area were finally informed of the presence of
20  hazardous substances on their properties, in the air and in their homes starting in or about
21  February of 2013.

22      4.20   Samples collected at several sites in the area of plaintiffs' properties,
23  including on plaintiffs' properties, contained VOCs and their degradation products
24  including TCE, PCE, cis-1,2 dichloroethene, and VC.

25      4.21   These VOCs including TCE have been detected in air samples taken by the
26  DOC in the crawl spaces and in homes. In August and September 2013, air samples
27  reporting levels of the chemicals of concern where reported in the Summary of Detected

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  Compounds by Eurofins Defendant Boeing Company, Boeing Commercial Airplanes, and

2  Landau Associates' subcontractor laboratory. DOC is in the process of evaluating these

3  results to determine the next regulatory response steps to be taken.  DOC has advised

4  homeowners the steps are likely to include additional sampling of their homes.

5      4.22    TCE at even low level exposures cause immune system effects such as

6  immunosuppression or autoimmune disease including increased hypersensitivity, an

7  increased chance of cancer from long-term exposure, and defects in human and fetal

8  development.

9      4.23    The long-term human health effects after exposure to low concentrations of

10  cis-1,2-dichloroethene are less clear, but at least one study suggests harmful effects on

11  human and fetal growth and development.  Both 1,2-dichloroethene and TCE breakdown

12  or degrade in the environment into VC, also chemically present in, on, and around

13  plaintiffs' properties.

14      4.24    VC is a known carcinogen. VC is also known to cause nerve damage and

15  affect immune reactions.

## V.    CAUSES OF ACTION

### AS AND FOR A FIRST CAUSE OF ACTION

### (Negligence as to Defendants The Boeing Company,

### Boeing Commercial Airplanes, and Does 1 through 25)

20      5.1    Plaintiffs hereby reallege and incorporate by reference the paragraphs above as

21  if fully restated herein.

22      5.2    Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-25

23  owed plaintiffs a duty to use reasonable care which a reasonably prudent person should use

24  under the circumstances.  Defendants Boeing Company, Boeing Commercial Airplanes,

25  and Does 1-25 had a duty to use reasonable care under the circumstances while using,

26  handling, storing, and/or disposing of hazardous substances including TCE, PCE, and/or

27  cis-1,2 dichloroethene.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

**1**   5.3   Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-25

**2**   breached their duties by failing to use reasonable care which a prudent person should use

**3**   under the circumstances and by releasing and/or discharging hazardous substances into the

**4**   ground so as to contaminate the soil, groundwater, watercourse, canal, well, spring, and/or

**5**   common waters, and plaintiffs' properties.

**6**   5.4   Additionally, when Defendants Boeing Company, Boeing Commercial

**7**   Airplanes, and Does 1-25 learned of the release or discharge of hazardous substances and

**8**   plume, they owed plaintiffs a duty act reasonably to investigate, remediate, clean up,

**9**   contain, minimize movement of, and eliminate the hazardous substances before they

**10**   injured or damaged plaintiffs and their property and/or to act reasonably to minimize the

**11**   injury and/or damage to plaintiffs and their property.

**12**   5.5   Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-25

**13**   failed to take reasonable, adequate, and sufficient steps or action to investigate, clean up,

**14**   eliminate, correct, or remediate the release and/or discharge after it occurred and to act

**15**   reasonably to minimize the injury and/or damage to plaintiffs and their property.

**16**   5.6   Plaintiffs and their property suffered foreseeable injuries and damages as a

**17**   proximate result of said failures. At the time Defendants Boeing Company, Boeing

**18**   Commercial Airplanes, and Does 1-25 breached their duties to plaintiffs, Defendants

**19**   Boeing Company, Boeing Commercial Airplanes, and Does 1-25's acts and/or failures to

**20**   act posed recognizable and foreseeable possibilities of danger to plaintiffs so apparent as to

**21**   entitle plaintiffs to be protected against such actions or inactions.

**22**   5.7   Accordingly, plaintiffs seek damages from Defendants Boeing Company,

**23**   Boeing Commercial Airplanes, and Does 1-25, in an amount to be determined at trial,

**24**   directly resulting from the their injuries in a sufficient amount to compensate them for the

**25**   injuries and losses sustained and to restore plaintiffs to their original position, including,

**26**   but not limited to the difference between the current value of their properties and such

**27**   value if the harm had not been done, the cost of remediation actions, costs of repair or

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1   restoration, the value of the use of the continuous trespass, injuries to persons, medical

2   costs, medical monitoring, attorneys' fees and expenses as allowed by law, and

3   consequential damages flowing from the contamination which are the natural and

4   proximate result of Defendants Boeing Company, Boeing Commercial Airplanes, and

5   Does 1-25's conduct in an amount to be proved at trial.

6                    **AS AND FOR A SECOND CAUSE OF ACTION**

7                **(Nuisance as to Defendants The Boeing Company,**

8              **Boeing Commercial Airplanes, and Does 1 through 25)**

9          5.8    Plaintiffs hereby reallege and incorporate by reference the paragraphs above as

10   if fully restated herein.

11         5.9    Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-25

12   have maintained and continue to maintain a condition on their properties that is injurious to

13   health, indecent, and/or offensive to the senses, and/or an obstruction to the free use of

14   property, so as to essentially interfere with plaintiffs' comfortable enjoyment of their life

15   and property. Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-

16   25's wrongful actions described herein resulting in the migration of hazardous substances

17   onto plaintiffs' properties, create noxious fumes, gases and odors, injure and/or annoy

18   plaintiffs in their enjoyment of their legal rights and quality of life. In doing so,

19   Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-25 have caused

20   filth or noisome substance to be collected, deposited, or to remain in a place to the

21   prejudice of plaintiffs. Defendants Boeing Company, Boeing Commercial Airplanes, and

22   Does 1-25 have further discharged, released, or deposited offensive matter, in a

23   watercourse, canal, stream, spring, well, and/or common water in a manner to corrupt or

24   render unwholesome or impure such water of any to the injury or prejudice of others

25   including plaintiffs. Defendants Boeing Company, Boeing Commercial Airplanes, and

26   Does 1-25's unlawful acts and/or breaches of their duties have rendered plaintiffs insecure

27   in their life and/or in the use of their property.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1    5.10    Such acts by Defendants Boeing Company, Boeing Commercial Airplanes,

2    and Does 1-25, and/or their failure to take reasonable acts to remediate the hazardous

3    substances were and are a foreseeable and proximate cause of substantial and unreasonable

4    interference with plaintiffs' use and enjoyment of their property, injury, discomfort,

5    annoyance, inconvenience, insecurity, and/or damage to plaintiffs and their property.

6    5.11    Accordingly, plaintiffs seek general damages from Defendants Boeing

7    Company, Boeing Commercial Airplanes, and Does 1-25 in an amount to be determined at

8    trial, directly resulting from the their injuries in a sufficient amount to compensate them

9    for the injuries and losses sustained by plaintiffs and to restore plaintiffs to their original

10    position, including, but not limited to the difference between the current value of their

11    properties and such value if the harm had not been done, the cost of repair or restoration,

12    the value of the interference and loss of use and enjoyment of the property, injury to

13    persons, medical costs, medical monitoring, attorneys' fees and expenses as allowed by

14    law, and direct and consequential damages flowing from the nuisance which are the natural

15    and proximate result of Defendants Boeing Company, Boeing Commercial Airplanes, and

16    Does 1-25 conduct in an amount to be proved at trial.

17    **AS AND FOR A THIRD CAUSE OF ACTION**

18    **(Trespass as to Defendants The Boeing Company,**

19    **Boeing Commercial Airplanes, and Does 1 through 25)**

20    5.12    Plaintiffs hereby reallege and incorporate by reference the paragraphs above as

21    if fully restated herein.

22    5.13    Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-25

23    have and continue to trespass upon plaintiffs' properties.  More specifically, Defendants

24    Boeing Company, Boeing Commercial Airplanes, and Does 1-25 have caused hazardous

25    substances to enter plaintiffs' properties and contaminate the groundwater, ditches, soil,

26    and air on their properties.  This contamination releases noxious and harmful fumes and

27    particulates into plaintiffs' homes and yards.  According to Defendants Boeing Company,

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  Boeing Commercial Airplanes and Landau Associates and DOC, this trespass continue for
2  decades, if not be permanent in nature.

3       5.14    Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-25
4  have intentionally caused the hazardous substances to enter the ground and ground water
5  and enter and/or remain on plaintiffs' properties, and/or failed to remove the hazardous
6  substances from plaintiffs' properties while having a duty to do so.

7       5.15    Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-25
8  acted intentionally in releasing or discharging or allowing the release or discharge of the
9  hazardous substances, and/or said acts were undertaken with the realization that there was
10 a high probability of injury to others, their property, and/or their rights. Defendants
11 Boeing Company, Boeing Commercial Airplanes, and Does 1-25 behaved with disregard
12 to these likely consequences.

13      5.16    Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-
14 25's actions and failures to act caused hazardous substances to be deposited upon
15 plaintiffs' properties in the groundwater, ditches, soil, and/or air. These deposits cause
16 hazardous fumes and particulates to further enter plaintiffs' homes and air. Such deposits
17 and accumulations invade plaintiffs' rights to exclusive possession of the properties.

18      5.17    Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-
19 25's actions and resulting hazardous substances are a proximate cause of the present and
20 continued trespass, injury and actual damage to plaintiffs, their property and their right of
21 possession of their property.

22      5.18    Additionally and/or alternatively, Defendants Boeing Company, Boeing
23 Commercial Airplanes, and Does 1-25's failure to take reasonable actions to discover and
24 remediate, eliminate, correct, and/or remedy the contamination of the soil, groundwater,
25 and aquifer on their properties after having knowledge and notice of the probably presence
26 of said contamination were intentional acts that were a proximate cause of the invasion of
27

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  plaintiffs' rights to exclusive possession of the properties and a proximate cause of

2  plaintiffs' damages.

3    5.19   Based upon the above, plaintiffs seek general and economic damages from

4  Defendants Boeing Company, Boeing Commercial Airplanes, and Does 1-25, in an

5  amount to be determined at trial, directly resulting from the their injuries in a sufficient

6  amount to compensate them for the injuries and losses sustained by plaintiffs and to restore

7  plaintiffs to their original position, including, but not limited to the difference between the

8  current value of the land and such value if the harm had not been done, the cost of repair or

9  restoration, the value of the use of the continuous trespass, injury to persons, medical costs,

10  medical monitoring, consequential damages flowing from the trespass which are the

11  natural and proximate result of Defendants Boeing Company, Boeing Commercial

12  Airplanes, and Does 1-25 conduct, and attorneys' fees and expenses as allowed by law.

13                **AS AND FOR A FOURTH CAUSE OF ACTION**

14        **(Negligence as to Defendants Landau Associates and Does 26 through 50)**

15    5.20   Plaintiffs hereby reallege and incorporate by reference the paragraphs above as

16  if fully restated herein.

17    5.21   Defendants Boeing Company and Boeing Commercial Airplanes hired,

18  delegated, contracted with, partnered with, or otherwise shared the responsibilities with

19  Landau Associates for the investigation and remediation of the Boeing Auburn Plant.

20  Defendant Landau Associates undertook responsibilities with regard to the investigation,

21  remediation and cleanup of the Boeing Auburn Plant and owed duties to use reasonable

22  skill and act reasonably under the circumstances to perform these responsibilities.

23    5.22   Defendant Landau Associates and Does 26-50 have known for over a decade

24  about the existence of the plume of volatile organic chemicals, including TCE and PCE

25  and their degradation products including VC. Defendant Landau Associates and Does 26-

26  50 have known for many years that this plume had moved off of and was moving off of the

27  Boeing Auburn Plant property. Defendant Landau Associates and Does 26-50 has known

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  for many years that this movement of hazardous substances posed a threat to the health and

2  property of nearby residents and property owners.

3      5.23    Defendant Landau Associates and Does 26-50 failed to employ reasonable

4  care which a reasonably prudent person should use under the circumstances while

5  investigating, evaluating, remediating, containing, eliminating, cleaning-up and/or warning

6  nearby property owners and residents of the presence of and movement of hazardous

7  substances into their neighborhoods, properties, and homes.

8      5.24    Defendant Landau Associates and Does 26-50 undertook, either by contract,

9  agreement, and/or as an agent of other parties, to investigate, evaluate, remediate, contain,

10  minimize movement, eliminate, clean-up the hazardous substances, and/or communicate

11  the risks and dangers associated with the hazardous substances to nearby residents and

12  property owners.

13      5.25    Defendant Landau Associates and Does 26-50 owed plaintiffs a cognizable

14  duty to exercise reasonable care in the investigating, evaluating, tracking, documenting,

15  remediating, containing, minimizing movement, eliminating, cleaning-up the hazardous

16  substances, maintaining their tools and equipment used for such acts, and warning nearby

17  property owners and residents of the presence of and movement of hazardous substances

18  into their neighborhoods, properties, and homes.

19      5.26    Defendant Landau Associates and Does 26-50 breached those duties by

20  failing to act reasonably in investigating, evaluating, documenting, tracking, remediating,

21  containing, eliminating cleaning-up the hazardous substances and/or warning about the

22  presence of and movement of hazardous substances.  More specifically, Defendant Landau

23  Associates and Does 26-50 failed to perform adequate and appropriate testing in the

24  appropriate locations, failed to create and implement a reasonable and adequate plan for

25  investigating, evaluating, remediating, containing, eliminating and/or cleaning-up the

26  hazardous substances, failed to take diligent action, and/or took improper action and

27

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

1  caused significant delay in the remediation of the Defendant Landau Associates and Does

2  26-50.

3       5.27   Plaintiffs and their properties suffered foreseeable injuries and damages as a

4  proximate result of said failures.  At the time Defendant Landau Associates and Does 26-

5  50 breached its duties to plaintiffs, Defendants' acts and/or failures to act posed

6  recognizable and foreseeable possibilities of danger to plaintiffs so apparent as to entitle

7  plaintiffs to be protected against such actions or inactions.

8       5.28   Accordingly, plaintiffs seek damages from Defendants Landau Associates

9  and Does 26-50 in an amount to be determined at trial, directly resulting from the their

10  injuries in a sufficient amount to compensate them for the injuries and losses sustained and

11  to restore plaintiffs to their original position, including, but not limited to the difference

12  between the current value of their properties and such value if the harm had not been done,

13  the cost of remediation actions, costs of repair or restoration, the value of the use of the

14  continuous trespass, injuries to persons, medical costs, medical monitoring, attorneys' fees

15  and expenses as allowed by law, and consequential damages flowing from the

16  contamination which are the natural and proximate result of Defendants Landau Associates

17  and Does 26-50's conduct in an amount to be proved at trial.

18

19  **VI.   RESERVATION OF RIGHTS**

20       6.1   Plaintiffs reserve the right to assert additional claims and add additional

21  parties as may be appropriate following further investigation and discovery in this action.

22

23

24

25  //

26  //

27

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

60

1            **VII.   REQUEST FOR RELIEF**

2       WHEREFORE, Plaintiffs pray for judgment of liability in favor of Plaintiffs and

3 against each Defendant herein as follows:

4      1.  For judgment against each Defendant for general and special damages in an

5          amount to be proven at trial;

6      2.  For prejudgment interest on all damages herein;

7      3.  For attorneys' fees and expenses as allowed by law; and

8      4.  For such other and further relief as this Court deems just and equitable.

9

10 DATED this 19th day of March, 2014             GIRARDI | KEESE

11

12                            By:

13                              THOMAS V. GIRARDI

                              SHAWN J. McCANN

14                            Attorneys for Plaintiffs

15

16

17              PFAU, COCHRAN, VERTETIS, AMALA
                          PLLC

18                   Thomas V. Vertetis
                 911 Pacific Ave., Suite 200

19                  Tacoma, WA 98402-4413

20                   (253) 777-0799
                 (253) 627-0654 Fax

21

22                VITITOE LAW GROUP LLC

23                  5707 Corsa Ave.
                 Second Floor

24              Westlake Village, CA 91362

25                 (818) 991-8900
                (818) 991-6200 Fax

26

27

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211